B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Woodcrest Country Club** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**21-0614314** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**300 Evesham Road**<br>**Cherry Hill, NJ**<br>ZIP Code **08003** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Camden** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Woodcrest Country Club** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                               Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Woodcrest Country Club** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ William Mackin, Esq.**
Signature of Attorney for Debtor(s)

**William Mackin, Esq. WM2792**
Printed Name of Attorney for Debtor(s)

**WILLIAM MACKIN, ESQ., P.C.**
Firm Name

**105 N. BROAD STREET
WOODBURY, NJ 08096**

_____
Address

**Email: BILL.MACKIN@VERIZON.NET**
**(856) 848-2152  Fax: (856) 848-4280**
Telephone Number

**May  9, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Irvin E. Richter**
Signature of Authorized Individual

**Irvin E. Richter**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May  9, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re __Woodcrest Country Club_____   Case No. _____
Debtor(s)   Chapter   __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Anne Marie Richter**<br>**54 Fries Lane**<br>**Cherry Hill, NJ 08003** | **Anne Marie Richter**<br>**54 Fries Lane**<br>**Cherry Hill, NJ 08003** | **Loan** | | **124,000.00** |
| **Anne Marie Richter**<br>**54 Fries Lane**<br>**Cherry Hill, NJ 08003** | **Anne Marie Richter**<br>**54 Fries Lane**<br>**Cherry Hill, NJ 08003** | **Unreimbursed Expenses** | | **28,036.10** |
| **Bank Direct**<br>**P.O. Box 660448**<br>**Dallas, TX 75266-0448** | **Bank Direct**<br>**P.O. Box 660448**<br>**Dallas, TX 75266-0448** | **Insurance** | | **7,837.99** |
| **Cutter & Buck**<br>**P.O. Box 34855**<br>**Seattle, WA 98124-1855** | **Cutter & Buck**<br>**P.O. Box 34855**<br>**Seattle, WA 98124-1855** | **Clothing** | | **5,806.76** |
| **Felheimer & Eichen LLP**<br>**50 S. 16th St. 34th Floor**<br>**Philadelphia, PA 19102** | **Felheimer & Eichen LLP**<br>**50 S. 16th St. 34th Floor**<br>**Philadelphia, PA 19102** | **Legal Services** | | **536,685.20** |
| **Hutchison**<br>**621 Chapel Avenue**<br>**Cherry Hill, NJ 08034** | **Hutchison**<br>**621 Chapel Avenue**<br>**Cherry Hill, NJ 08034** | **Service** | | **18,748.70** |
| **Irvin Richter**<br>**54 Fries Lane**<br>**Cherry Hill, NJ 08003** | **Irvin Richter**<br>**54 Fries Lane**<br>**Cherry Hill, NJ 08003** | **Loan** | | **389,330.00** |
| **J. Ambrogi Food Dist**<br>**1400 Metropolitan Avenue**<br>**Thorofare, NJ 08086** | **J. Ambrogi Food Dist**<br>**1400 Metropolitan Avenue**<br>**Thorofare, NJ 08086** | **Food** | | **4,637.54** |
| **Leisure Creations**<br>**P.O. Box 88**<br>**Russellville, AL 35653** | **Leisure Creations**<br>**P.O. Box 88**<br>**Russellville, AL 35653** | **Furniture** | | **4,636.43** |
| **Linwood Country Club**<br>**500 Shore Road**<br>**Linwood, NJ 08221** | **Linwood Country Club**<br>**500 Shore Road**<br>**Linwood, NJ 08221** | **Golfing** | | **5,907.17** |
| **Maschmeyer Karalis, PC**<br>**1900 Spruce Street**<br>**Philadelphia, PA 19103** | **Maschmeyer Karalis, PC**<br>**1900 Spruce Street**<br>**Philadelphia, PA 19103** | **Legal Services** | | **98,932.79** |
| **Performance Golf Management**<br>**PO Box 628**<br>**Cherry Hill, NJ 08003** | **Performance Golf Management**<br>**PO Box 628**<br>**Cherry Hill, NJ 08003** | **Course Maintenance** | | **133,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Woodcrest Country Club**                                            Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **PSE&G**<br>**P.O. Box 14444**<br>**New Brunswick, NJ**<br>**08906-4444** | **PSE&G**<br>**P.O. Box 14444**<br>**New Brunswick, NJ 08906-4444** | **Utility** | | **25,425.08** |
| **State of New Jersey**<br>**Sales & Use Tax Division**<br>**50 Barrack Street**<br>**CN-629**<br>**Trenton, NJ 08646** | **State of New Jersey**<br>**Sales & Use Tax Division**<br>**50 Barrack Street**<br>**Trenton, NJ 08646** | **Sales and use taxes** | | **135,359.56** |
| **Sun National Bank**<br>**226 Landis Avenue**<br>**Vineland, NJ 08360** | **Sun National Bank**<br>**226 Landis Avenue**<br>**Vineland, NJ 08360** | **Block 528.0, Lot 11**<br>**155.57 Acres**<br>**18 Hole Golf Course with improvements and associated facilities including 2 additional holes for practice golf hole** | **Disputed** | **9,100,000.00**<br>**(4,300,000.00 secured)**<br>**(1,449.50 senior lien)** |
| **Sun National Bank**<br>**226 Landis Avenue**<br>**Vineland, NJ 08360** | **Sun National Bank**<br>**226 Landis Avenue**<br>**Vineland, NJ 08360** | **Block 528.0, Lot 11**<br>**155.57 Acres**<br>**18 Hole Golf Course with improvements and associated facilities including 2 additional holes for practice golf hole** | **Disputed** | **1,570,000.00**<br>**(4,300,000.00 secured)**<br>**(9,101,449.50 senior lien)** |
| **Sysco Foods**<br>**600 Packer Avenue**<br>**Philadelphia, PA 19148** | **Sysco Foods**<br>**600 Packer Avenue**<br>**Philadelphia, PA 19148** | **Food** | | **7,686.42** |
| **Taylor-Made Adidas Golf**<br>**P.O. Box 406043**<br>**Atlanta, GA 30384-6043** | **Taylor-Made Adidas Golf**<br>**P.O. Box 406043**<br>**Atlanta, GA 30384-6043** | **Golf Equipment** | | **12,700.88** |
| **Total Linen Care**<br>**4 Peachtree Lane**<br>**Erial, NJ 08081** | **Total Linen Care**<br>**4 Peachtree Lane**<br>**Erial, NJ 08081** | **Rentals** | | **7,230.86** |
| **Yamaha Motor Corp**<br>**Dept CH 14022**<br>**Palatine, IL 60055** | **Yamaha Motor Corp**<br>**Dept CH 14022**<br>**Palatine, IL 60055** | **Lease** | | **9,699.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Woodcrest Country Club** _____     Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May  9, 2012** _____     Signature   **/s/ Irvin E. Richter** _____
                                                            **Irvin E. Richter**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re    **Woodcrest Country Club**                                                    Case No. _____
                                          ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W | J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Carol Redmond**<br>**Cherry Hill Township Tax Collector**<br>**820 Mercer Street**<br>**Room 108**<br>**Cherry Hill, NJ 08002** | | | | | **Real Estate Taxes**<br><br><br><br><br>Value $              **0.00** | | | | 0.00 | 0.00 |
| Account No.<br><br>**Cherry Hill Township**<br>**620 Mercer Street**<br>**Cherry Hill, NJ 08002** | | | | | **2012**<br>**Sewer**<br>**Block 528.0, Lot 11**<br>**155.57 Acres**<br>**18 Hole Golf Course with improvements and associated facilities including 2 additional holes for practice golf holes, driving range, 33,952 SF clubhouse,**<br>Value $         **4,300,000.00** | | | | 1,449.50 | 0.00 |
| Account No.<br><br>**Sun National Bank**<br>**226 Landis Avenue**<br>**Vineland, NJ 08360** | | | | | **9/5/2002**<br>**Mortgage**<br>**Block 528.0, Lot 11**<br>**155.57 Acres**<br>**18 Hole Golf Course with improvements and associated facilities including 2 additional holes for practice golf holes, driving range, 33,952 SF clubhouse,**<br>Value $         **4,300,000.00** | | X | | 9,100,000.00 | 4,801,449.50 |
| Account No.<br><br>**Sun National Bank**<br>**226 Landis Avenue**<br>**Vineland, NJ 08360** | | | | | **August 23, 2007**<br>**Secured Revolving Line of Credit**<br>**Block 528.0, Lot 11**<br>**155.57 Acres**<br>**18 Hole Golf Course with improvements and associated facilities including 2 additional holes for practice golf holes, driving range, 33,952 SF clubhouse,**<br>Value $         **4,300,000.00** | | X | | 1,570,000.00 | 1,570,000.00 |

**0**   continuation sheets attached

| | Subtotal (Total of this page) | 10,671,449.50 | 6,371,449.50 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 10,671,449.50 | 6,371,449.50 |

B6E (Official Form 6E) (4/10)

.

In re  **Woodcrest Country Club**                                        ,        Case No. _____
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4** _____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Woodcrest Country Club** _____ ,    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | notice | | | | | |
| Attorney General United States Department of Justice Ben Franklin Station P.O. Box 683 Washington, DC 20044 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice | | | | | |
| Department of Labor & Workforce Division of Employer Accounts John Fitch Plaza P.O. Box 110 Trenton, NJ 08625-0110 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice | | | | | |
| Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice | | | | | |
| Employment Security Agency CN-077 Trenton, NJ 08625 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice | | | | | |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 0.00 | | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Woodcrest Country Club** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice | | | | | | |
| New Jersey Attorney General Office Division of Law Richard J. Hughes Justice Complex 25 Market Street, P.O. Box 112 Trenton, NJ 08625-0112 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | notice | | | | | | |
| New Jersey Department of Labor Benefit Payment Control PO Box 951 Trenton, NJ 08625-0951 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | notice | | | | | | |
| New Jersey Division of Taxation Compliance & Enforcement - Bankr. Unit 50 Barrack Street, 9th Floor P.O. Box 245 Trenton, NJ 08646 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | notice | | | | | | |
| Office of Attorney General Hughes Justice Complex P.O. Box 080 25 W. Market Street Trenton, NJ 08625 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | April 2011 - March 2012 Sales and use taxes | | | | | | |
| State of New Jersey Sales & Use Tax Division 50 Barrack Street CN-629 Trenton, NJ 08646 | - | | | | | | 0.00 135,359.56 | | 135,359.56 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 135,359.56 | 135,359.56 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Woodcrest Country Club** _____ ,  Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice | | | | | |
| State of New Jersey Division of Taxation P.O. Box 046 Trenton, NJ 08646-0046 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | notice | | | | | |
| State of New Jersey Dept. of Labor & Workforce Development 2 Riverside Drive, 3rd Floor Camden, NJ 08103 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | notice | | | | | |
| State of New Jersey Division of Revenue PO Box 262 Trenton, NJ 08646-0262 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | notice | | | | | |
| State of New Jersey Department of Labor PO Box 394 Trenton, NJ 08625-0394 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | notice | | | | | |
| State of New Jersey Department of Labor and Workforce Development P.O. Box 389 Trenton, NJ 08625 | - | | | | | | 0.00 | 0.00 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Woodcrest Country Club** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice | | | | | | |
| **United States Attorney Peter Rodino Federal Building 970 Broad Street, Suite 700 Newark, NJ 07102** | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 0.00 135,359.56 | 135,359.56 | |

B6F (Official Form 6F) (12/07)

In re  **Woodcrest Country Club**                                                        ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Service | | | | |
| 4 Telecomhelp, Inc. 7 N. Five Points Road West Chester, PA 19380 | | - | | | | | | | 500.00 |
| Account No. | | | | | Service | | | | |
| 4 Telecomhelp, Inc. 882 S. Matlack Street West Chester, PA 19382 | | - | | | | | | | 1,500.00 |
| Account No. | | | | | Food | | | | |
| A. Esposito, Inc. 1001 S. 9th Street Philadelphia, PA 19147 | | - | | | | | | | 1,578.00 |
| Account No. | | | | | Flowers | | | | |
| Addie Rose 37 Clementon Road Berlin, NJ 08009 | | - | | | | | | | 1,030.41 |
| __27__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 4,608.41 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Woodcrest Country Club**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Insurance | | | | |
| **AETNA** **P.O. Box 7247-0233** **Philadelphia, PA 19170-0233** | - | | | | | | 112.40 |
| Account No. | | | Service | | | | |
| **Air-Vent Duct Cleaning, Inc.** **100 S. Main Street** **Ambler, PA 19002-0454** | - | | | | | | 706.20 |
| Account No. | | | Supply | | | | |
| **AirGas East** **P.O. Box 827049** **Philadelphia, PA 19182-7049** | - | | | | | | 169.41 |
| Account No. | | | Liquor | | | | |
| **Allied Beverage Group, LLC** **P.O. Box 5090** **Mount Laurel, NJ 08054** | - | | | | | | 3,327.88 |
| Account No. | | | Insurance | | | | |
| **Amerihealth ACasualty Services** **1717 Arch Street** **Philadelphia, PA 19103** | - | | | | | | 3,264.20 |

Sheet no. __1___ of __27__ sheets attached to Schedule of                                    Subtotal                      | 7,580.09 |
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Woodcrest Country Club**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Food | | | | |
| Amoroso's Baking Company P.O. Box 1226 Lansdowne, PA 19050 | - | | | | | | 576.12 |
| Account No. | | | Loan | | | | |
| Anne Marie Richter 54 Fries Lane Cherry Hill, NJ 08003 | - | | | | | | 124,000.00 |
| Account No. | | | Unreimbursed Expenses | | | | |
| Anne Marie Richter 54 Fries Lane Cherry Hill, NJ 08003 | - | | | | | | 28,036.10 |
| Account No. | | | Food | | | | |
| Ashley Foods, Inc. 134 W. Venango Street Philadelphia, PA 19140 | - | | | | | | 1,930.94 |
| Account No. | | | Insurance | | | | |
| Bank Direct P.O. Box 660448 Dallas, TX 75266-0448 | - | | | | | | 7,837.99 |

Sheet no.  **2**  of  **27**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**162,381.15**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodcrest Country Club**                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supplies | | | | |
| **Barnell, Inc.**<br>**6101 Comly Street**<br>**Philadelphia, PA 19135-4317** | - | | | | | | 261.03 |
| Account No. | | | Food | | | | |
| **Bassetts Ince Cream**<br>**1211 Chestnut Street**<br>**Philadelphia, PA 19107** | - | | | | | | 179.00 |
| Account No. | | | Supplies | | | | |
| **Berma Corporation**<br>**1206 Heron Road**<br>**Cherry Hill, NJ 08003** | - | | | | | | 370.80 |
| Account No. | | | | | | | |
| **Bisgaier Hoff LLC**<br>**21 Tanner Street**<br>**Haddonfield, NJ 08033** | - | | | | | | 3,250.28 |
| Account No. | | | Phone | | | | |
| **Broadview Networks**<br>**P.O. Box 1191**<br>**Port Chester, NY 10573-1191** | - | | | | | | 1,799.71 |

Sheet no. __3__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 5,860.82 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Woodcrest Country Club**                                            ,     Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Utility | | | | |
| Camden County MUA P.O. Box 1105 Bellmawr, NJ 08099-5105 | - | | | | | | | 910.44 |
| Account No. | | | | Food | | | | |
| Capital Specialisties 15 Commerce Blvd. West Grove, PA 19390 | - | | | | | | | 1,361.00 |
| Account No. | | | | Advertising | | | | |
| Catholic Star Herald 16 N. 7th Street Camden, NJ 08102 | - | | | | | | | 695.00 |
| Account No. | | | | Service | | | | |
| Cherry Hill Electric 14 Democrat Way, Suite 16 Cherry Hill, NJ 08002 | - | | | | | | | 1,700.00 |
| Account No. | | | | Food | | | | |
| Classic Cake 823 East Gate Drive Mount Laurel, NJ 08054 | - | | | | | | | 1,952.50 |

Sheet no. __4__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,618.94

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodcrest Country Club**_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supplies | | | | |
| Classic Chemicals P.O. Box 175 Reisterstown, MD 21135 | - | | | | | | 399.26 |
| Account No. | | | Equipment | | | | |
| Cleveland Golf P.O. Box 7270 Newport Beach, CA 92658-7270 | - | | | | | | 1,578.61 |
| Account No. | | | Computer System | | | | |
| Club System Group Lock Box 2476 Philadelphia, PA 19178-3476 | - | | | | | | 1,387.71 |
| Account No. | | | Internet | | | | |
| Comcast P.O. Box 3006 Southeastern, PA 19398-3006 | - | | | | | | 613.78 |
| Account No. | | | Services | | | | |
| Confires Fire Protection P.O. Box 784 South Plainfield, NJ 07080-0497 | - | | | | | | 780.24 |

Sheet no. __5__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,759.60

B6F (Official Form 6F) (12/07) - Cont.

In re **Woodcrest Country Club** _____,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Supplies | | | | |
| Conroy's Corner 800 S. White Horse Pike Somerdale, NJ 08083 | - | | | | | | | 79.59 |
| Account No. | | | | Score Cards | | | | |
| Creekside Printing 1175 David Road Elgin, IL 60123 | - | | | | | | | 1,491.65 |
| Account No. | | | | Uniforms | | | | |
| Crestmark Financial Corp P.O. Box 5935 Drawer #1270 Troy, MI 48007-5935 | - | | | | | | | 421.66 |
| Account No. | | | | Clothing | | | | |
| Cutter & Buck P.O. Box 34855 Seattle, WA 98124-1855 | - | | | | | | | 5,806.76 |
| Account No. | | | | Supplies | | | | |
| Diamon Chemcial Supply 524 S. Walnut Street Plaza Wilmington, DE 19801-5230 | - | | | | | | | 166.74 |

Sheet no. __6__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,966.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Woodcrest Country Club**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Food | | | | |
| Diane's La Patisserie 405 Bloomfield Drive West Berlin, NJ 08091 | | - | | | | | | | 650.00 |
| Account No. | | | | | Chemicals | | | | |
| EcoLab P.O. Box 905237 Charlotte, NC 28290-5327 | | - | | | | | | | 570.17 |
| Account No. | | | | | Pest Control | | | | |
| Ehrlich 600 Deer Road Cherry Hill, NJ 08034 | | - | | | | | | | 86.67 |
| Account No. | | | | | Food | | | | |
| Ellis Coffee Company Lockbox 6926 Philadelphia, PA 19176-6926 | | - | | | | | | | 487.44 |
| Account No. | | | | | Equipment Rental | | | | |
| Event Rentals 2096 Springdale Road Cherry Hill, NJ 08003 | | - | | | | | | | 143.11 |

Sheet no. __7__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,937.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodcrest Country Club**                                        ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Service | | | | |
| Faraco Knife & Slicer Co. P.O. Box 42 Pennsburg, PA 18073-0042 | - | | | | | | 80.25 |
| Account No. | | | Service | | | | |
| Fast Service, Inc. 2010-33 Wheatsheaf Lane Philadelphia, PA 19124 | - | | | | | | 976.24 |
| Account No. | | | Liquor | | | | |
| Federal Wine & Liquor P.O. Box 519 Kearny, NJ 07032-0519 | - | | | | | | 763.96 |
| Account No. | | | Legal Services | | | | |
| Felheimer & Eichen LLP 50 S. 16th St. 34th Floor Philadelphia, PA 19102 | - | | | | | | 536,685.20 |
| Account No. | | | Liquor | | | | |
| Fore Supply Co. 1205 Capital Drive Addison, IL 60101 | - | | | | | | 763.96 |

Sheet no. __8__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 539,269.61 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodcrest Country Club**                                      ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Service | | | | |
| **GK Electric** **1834 Byberry Road** **Huntingdon Valley, PA 19006** | - | | | | | | | **2,797.16** |
| Account No. | | | | Reapir/Main | | | | |
| **Golf Car Specialties, LLC** **126 Industrial Pkwy** **Pottstown, PA 19464** | - | | | | | | | **1,207.50** |
| Account No. | | | | Golf Equipment | | | | |
| **Golfballsonly.com** **420 Denison Street** **Markham Ontario** | - | | | | | | | **760.00** |
| Account No. | | | | Supplies | | | | |
| **Grainger** **Dept 542-843830209** **Palatine, IL 60038-0001** | - | | | | | | | **121.17** |
| Account No. | | | | CPA | | | | |
| **Hilger Flick & Co.** **P.O. Box 524** **Valley Forge, PA 19481-0524** | - | | | | | | | **4,312.00** |

Sheet no. __9__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **9,197.83**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Woodcrest Country Club** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Supplies | | | | |
| Home Depot P.O. Box 6029 The Lakes, NV 88901-6029 | - | | | | | | | 10.44 |
| Account No. | | | | Insurance | | | | |
| Horizon Blue Cross Three Penn Plaza East Newark, NJ 07105-2200 | - | | | | | | | 1,810.61 |
| Account No. | | | | Service | | | | |
| Hutchison 621 Chapel Avenue Cherry Hill, NJ 08034 | - | | | | | | | 18,748.70 |
| Account No. | | | | Clothing | | | | |
| Imagewear International P.O. Box 329 New Kensington, PA 15068 | - | | | | | | | 312.00 |
| Account No. | | | | Printing | | | | |
| Important Papers, Inc. 2060 Springdale Road Cherry Hill, NJ 08003 | - | | | | | | | 369.60 |

Sheet no. __10__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,251.35

B6F (Official Form 6F) (12/07) - Cont.

In re   **Woodcrest Country Club**                                              ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Music | | | | |
| Independence Communications P.O. Box 7519 Philadelphia, PA 19101-7519 | - | | | | | | | 257.89 |
| Account No. | | | | Supplies | | | | |
| Industrial Paper Supply 2425 Maryland Road Willow Grove, PA 19090 | - | | | | | | | 1,054.88 |
| Account No. | | | | Plaques | | | | |
| Innovative Promotions 435 N. 3rd Street Hammonton, NJ 08037 | - | | | | | | | 405.01 |
| Account No. | | | | Loan | | | | |
| Irvin Richter 54 Fries Lane Cherry Hill, NJ 08003 | - | | | | | | | 389,330.00 |
| Account No. | | | | Food | | | | |
| J. Ambrogi Food Dist 1400 Metropolitan Avenue Thorofare, NJ 08086 | - | | | | | | | 4,637.54 |

Sheet no. __11__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           395,685.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodcrest Country Club**                                    ,    Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Food | | | | |
| **Julius Silver, Inc.** <br> **P.O. Box 824557** <br> **Philadelphia, PA 19182-4552** | - | | | | | | 271.70 |
| Account No. | | | Phone | | | | |
| **Karen St. Angelo** <br> **300 E. Evesham Road** <br> **Cherry Hill, NJ 08003** | - | | | | | | 100.00 |
| Account No. | | | Copier Service | | | | |
| **KDI/Keystone Digital Imaging** <br> **P.O. Box 1810** <br> **Media, PA 19083-8610** | - | | | | | | 174.55 |
| Account No. | | | Security | | | | |
| **Kerry Tucker** <br> **301 Commerce Drive** <br> **Moorestown, NJ 08057** | - | | | | | | 1,112.80 |
| Account No. | | | Beer | | | | |
| **Kramer Beverage Co.** <br> **181 S. 2nd Road** <br> **Hammonton, NJ 08037** | - | | | | | | 252.50 |

Sheet no. __12__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,911.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Woodcrest Country Club**                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Golfing | | | | |
| **Laurel Creek Country Club 701 Moorestown Centerton Road Mount Laurel, NJ 08054** | - | | | | | | | 579.99 |
| Account No. | | | | Furniture | | | | |
| **Leisure Creations P.O. Box 88 Russellville, AL 35653** | - | | | | | | | 4,636.43 |
| Account No. | | | | Food | | | | |
| **Leone's Meats, Inc. 2401 S. 28th Street Philadelphia, PA 19145** | - | | | | | | | 2,574.19 |
| Account No. | | | | Service | | | | |
| **LG Schmidt & Sons 121 Eaton Way Mount Laurel, NJ 08054** | - | | | | | | | 729.40 |
| Account No. | | | | Golfing | | | | |
| **Linwood Country Club 500 Shore Road Linwood, NJ 08221** | - | | | | | | | 5,907.17 |

Sheet no. __13__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          14,427.18

B6F (Official Form 6F) (12/07) - Cont.

In re   **Woodcrest Country Club** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Food | | | | |
| Liscio's Italian Bakery 130 S. Delsea Drive Glassboro, NJ 08028 | - | | | | | | | | 126.18 |
| Account No. | | | | | Golfing | | | | |
| Little Mill Country Club 104 Borton Road Marlton, NJ 08053 | - | | | | | | | | 564.55 |
| Account No. | | | | | Supplies | | | | |
| Lowe's Business Account P.O. Box 530970 Atlanta, GA 30353-0970 | - | | | | | | | | 59.08 |
| Account No. | | | | | Golfing | | | | |
| LuLu Country Club 1600 Limekiln Pike North Hills, PA 19038 | - | | | | | | | | 355.70 |
| Account No. | | | | | Legal Services | | | | |
| Maschmeyer Karalis, PC 1900 Spruce Street Philadelphia, PA 19103 | - | | | | | | | | 98,932.79 |

Sheet no. __14__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **100,038.30**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Woodcrest Country Club**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Phone | | | | |
| MCI P.O .Box 856053 Louisville, KY 40285-6053 | | - | | | | | | 479.13 |
| Account No. | | | | Golfing | | | | |
| Meadowland Country Club 711 Boehrs Church Road Blue Bell, PA 19422 | | - | | | | | | 478.00 |
| Account No. | | | | Tobacco | | | | |
| Meier & Dutch 1911 Spillman Drive Bethlehem, PA 18015 | | - | | | | | | 368.00 |
| Account No. | | | | Service | | | | |
| Metro Elevator Co., Inc. 211 Carter Drive, Suite F West Chester, PA 19382 | | - | | | | | | 375.24 |
| Account No. | | | | Service | | | | |
| Metropolitan Fire Protection 460 Parkway Broomall, PA 19008 | | - | | | | | | 1,500.00 |

Sheet no. __15__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            3,200.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodcrest Country Club**                                          ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Service | | | | |
| **Nelbud** **P.O. Box 271** **Egg Harbor City, NJ 08215** | - | | | | | | 573.52 |
| Account No. | | | Utility | | | | |
| **New Jersey Water** **P.O. Box 371331** **Pittsburgh, PA 15250-7331** | - | | | | | | 1,431.28 |
| Account No. | | | Advertising | | | | |
| **New Opportunity Publishing** **7025 Central Highway** **Pennsauken, NJ 08109** | - | | | | | | 720.00 |
| Account No. | | | Service | | | | |
| **NJDEP Site Remediation** **P.O. Box 417** **Trenton, NJ 08646-0417** | - | | | | | | 1,709.88 |
| Account No. | | | Service | | | | |
| **NJDEP Water Allocation** **P.O. Box 417** **Trenton, NJ 08646-0417** | - | | | | | | 3,880.00 |

Sheet no. __16__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     8,314.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Woodcrest Country Club**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Counsel for Sun National Bank - notice purposes | | | | |
| Paul Mainardi, Esquire Brown & Connery, LLP 6 N Broad St #100 Woodbury, NJ 08096 | - | | | | | | 0.00 |
| Account No. | | | Beverage | | | | |
| Pepsi Cola National P.O. Box 75948 Chicago, IL 60675-5948 | - | | | | | | 254.80 |
| Account No. | | | Course Maintenance | | | | |
| Performance Golf Management PO Box 628 Cherry Hill, NJ 08003 | - | | | | | | 133,000.00 |
| Account No. | | | Food | | | | |
| Philadelphia Bakery P.O. Box 723 Drexel Hill, PA 19026 | - | | | | | | 398.00 |
| Account No. | | | Golf Equipment | | | | |
| Ping P.O. Box 52450 Phoenix, AZ 85072-2450 | - | | | | | | 1,087.17 |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                134,739.97
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Woodcrest Country Club** _____,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No.                                                      Lease | | - | | | | | | |
| **Pitney Bowes Global Fin Serv**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250-7887** | | | | | | | | 1,533.80 |
| Account No.                                                      Postage | | - | | | | | | |
| **Pitney Bowes Purchase Power**<br>**P.O. Box 856042**<br>**Louisville, KY 40285-6042** | | | | | | | | 2,169.85 |
| Account No.                                                      Lease | | - | | | | | | |
| **PNC Equipment Finance**<br>**P.O. Box 931034**<br>**Cleveland, OH 44193-0004** | | | | | | | | 899.88 |
| Account No.                                                      Lease | | - | | | | | | |
| **PNC Equipment Finance**<br>**P.O. Box 931034**<br>**Cleveland, OH 44193-0004** | | | | | | | | 2,069.73 |
| Account No.                                                      Service | | - | | | | | | |
| **Princeton Hydro**<br>**P.O. Box 720**<br>**Ringoes, NJ 08551** | | | | | | | | 948.00 |

Sheet no.  __18__  of __27__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal | 7,621.26 |
| --- | --- | --- |
| | (Total of this page) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Woodcrest Country Club**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. | | | | | Golf Supplies | | | | |
| Protag America, Inc. 16 Barclay Hills Drive Wilmington, NC 28405-3338 | | - | | | | | | | 226.80 |
| Account No. | | | | | Utility | | | | |
| PSE&G P.O. Box 14444 New Brunswick, NJ 08906-4444 | | - | | | | | | | 25,425.08 |
| Account No. | | | | | Liquor | | | | |
| R&R Marketing LLC 2900 E State Street Trenton, NJ 08619 | | - | | | | | | | 132.04 |
| Account No. | | | | | Service | | | | |
| Republic Waste Services P.O. Box 900-1099 Louisville, KY 40290-1765 | | - | | | | | | | 1,924.90 |
| Account No. | | | | | Food | | | | |
| River & Glen LLC 390 Nina Way Warminster, PA 18974 | | - | | | | | | | 111.41 |

Sheet no. __19__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            27,820.23

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Woodcrest Country Club**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Golf Supplies | | | | |
| RJ Shepard Co. P.O. Box 169 Whitman Whitman, MA 02382 | - | | | | | | 2,838.56 |
| Account No. | | | Office Supplies | | | | |
| Rubinstein's 250 E. Market Street West Chester, PA 19381 | - | | | | | | 1,769.36 |
| Account No. | | | Service | | | | |
| Safety-Kleen P.O. Box 382066 Pittsburgh, PA 15250-8066 | - | | | | | | 445.25 |
| Account No. | | | Food | | | | |
| Samuel's & Sons Seafood 3407 S. Lawrence Street Philadelphia, PA 19148 | - | | | | | | 4,542.38 |
| Account No. | | | Golfing | | | | |
| Saucon Valley Country Club 2050 Saucon Valley Road Bethlehem, PA 18015-9000 | - | | | | | | 121.00 |

Sheet no. __20__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,716.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodcrest Country Club**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SCNS Sports Foods**<br>**4800 Arrown Hwy**<br>**Montclair, CA 94783-1205** | - | | Food | | | | 37.40 |
| Account No.<br><br>**Seashore Fruit & Produce**<br>**P.O. Box 1819**<br>**Atlantic City, NJ 08404** | - | | Food | | | | 1,589.72 |
| Account No.<br><br>**Simplex Grinell**<br>**283 Gibraltar**<br>**Horsham, PA 19044** | - | | Service | | | | 1,179.85 |
| Account No.<br><br>**South Jersey Gas Co.**<br>**P.O. Box 3121**<br>**Southeastern, PA 19398-3121** | - | | Utility | | | | 959.16 |
| Account No.<br><br>**State of New Jersey**<br>**Bureau Boiler Inspec**<br>**P.O. Box 392**<br>**Trenton, NJ 08625-0392** | - | | Utility | | | | 490.00 |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,256.13

B6F (Official Form 6F) (12/07) - Cont.

In re  **Woodcrest Country Club** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | counsel for Sun National Bank - notice purposes | | | | |
| Sterns & Weinroth 50 West State Street Suite 1400 PO Box 1298 Trenton, NJ 08607-1298 | - | | | | | | | 0.00 |
| Account No. | | | | legal fees | | | | |
| Steven Angstreich, Esquire Weir & Partners, LLP 457 Haddonfield Road Suite 420 Cherry Hill, NJ 08002 | - | | | | | | | Unknown |
| Account No. | | | | Equipment | | | | |
| Super Laundry 300 N. Furnace Street, Building 1 Birdsboro, PA 19508 | - | | | | | | | 570.14 |
| Account No. | | | | Advertising | | | | |
| Super Media P.O. Box 619009 Dallas, TX 75214-9009 | - | | | | | | | 238.38 |
| Account No. | | | | Food | | | | |
| Sysco Foods 600 Packer Avenue Philadelphia, PA 19148 | - | | | | | | | 7,686.42 |

Sheet no. __22__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,494.94**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodcrest Country Club**                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Golfing | | | | |
| **Tavistock Country Club** **100 Tavistock Lane** **Haddonfield, NJ 08033** | - | | | | | | | 823.59 |
| Account No. | | | | Golf Equipment | | | | |
| **Taylor-Made Adidas Golf** **P.O. Box 406043** **Atlanta, GA 30384-6043** | - | | | | | | | 12,700.88 |
| Account No. | | | | Insurance | | | | |
| **The Hartford** **P.O. Box 8500-3690** **Philadelphia, PA 19178-3690** | - | | | | | | | 38.99 |
| Account No. | | | | Software | | | | |
| **The Lipsitt Group** **9885 E Bayou Hills Lane** **Parker, CO 80134** | - | | | | | | | 295.00 |
| Account No. | | | | Rentals | | | | |
| **The Party Place** **1651 Sicklerville Road** **Sicklerville, NJ 08081** | - | | | | | | | 1,498.00 |

Sheet no. __23__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        15,356.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **Woodcrest Country Club** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Golfing | | | | |
| **The Riverton Country Club** **1418 Highland Avenue** **Riverton, NJ 08077** | - | | | | | | | | 500.55 |
| Account No. | | | | | Rentals | | | | |
| **Total Linen Care** **4 Peachtree Lane** **Erial, NJ 08081** | - | | | | | | | | 7,230.86 |
| Account No. | | | | | Clothing | | | | |
| **Town Talk** **P.O. Box 58157** **Louisville, KY 40268-0157** | - | | | | | | | | 1,191.52 |
| Account No. | | | | | Equipment | | | | |
| **Tri-C Club Supply** **32615 Park Lane Avenue** **Garden City, MI 48135-1528** | - | | | | | | | | 115.52 |
| Account No. | | | | | Utility | | | | |
| **UGI Engergy Services** **P.O. Box 409973** **Philadelphia, PA 19182** | - | | | | | | | | 4,375.30 |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,413.75

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodcrest Country Club**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Food | | | | |
| Utz Quality Foods 900 High Street Hanover, PA 17331 | - | | | | | | | 60.42 |
| Account No. | | | | Security | | | | |
| Vector Security 5125 Campus Drive Plymouth Meeting, PA 19462 | - | | | | | | | 299.60 |
| Account No. | | | | Phones | | | | |
| Verizon P.O. Box 4833 Trenton, NJ 08650 | - | | | | | | | 830.79 |
| Account No. | | | | Software | | | | |
| Vision Perfect Software 1875 W. 12600 South Riverton, UT 84065-0310 | - | | | | | | | 495.00 |
| Account No. | | | | Phones | | | | |
| VoIP Networks 1951 Old Cuthbert Road Cherry Hill, NJ 08034 | - | | | | | | | 265.37 |

Sheet no. __25__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,951.18

B6F (Official Form 6F) (12/07) - Cont.

In re __**Woodcrest Country Club**_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supplies | | | | |
| Voorhees Hardware 508 Haddonfield Berline Road Voorhees, NJ 08043 | - | | | | | | 451.37 |
| Account No. | | | Beer | | | | |
| Warren Distrubtion South 200 South Route 73 Blue Anchor, NJ 08037 | - | | | | | | 36.29 |
| Account No. | | | Golf Equipment | | | | |
| West Coast Trends, Inc. 17811 Jamestown Lane Huntington Beach, CA 92647 | - | | | | | | 589.00 |
| Account No. | | | Golfing | | | | |
| Whitford Country Club 600 Whitford Hills Road Exton, PA 19341 | - | | | | | | 431.27 |
| Account No. | | | Lease | | | | |
| Yamaha Motor Corp Dept CH 14022 Palatine, IL 60055 | - | | | | | | 9,699.00 |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,206.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **Woodcrest Country Club**                              ,     Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Supplies | | | | |
| **Zimmerman Sanitary Supply, LLC** **110 Industrial Drive** **Pottstown, PA 19464** | - | | | | | | | **1,234.50** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __27__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **1,234.50** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **1,530,820.89** |

# United States Bankruptcy Court
### District of New Jersey

In re    **Woodcrest Country Club**                                    Case No.
                                            Debtor(s)              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a pre-petition retainer of | $ | **30,000.00** |
| Prior to the filing of this statement I have received a pre-petition retainer of | $ | **30,000.00** |
| Balance of pre-petition retainer Due | $ | **0.00** |

2.  $ **1,046.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Payment for pre-petition services has been paid on May 8, 2012 - $5,250 paid for pre-petition services provided between April 30, 2012 and May 8, 2012.  $1,046 filing fee also paid.  Attorney is holding $23,704 in trust from original $30,000 retainer.  Post-petition services are to be paid on an hourly basis at the rate of $300 per hour, plus costs and expenses, subject to court approval on application, all as more fully set forth in the signed agreement for legal services between the parties.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Appeals**

| CERTIFICATION |
|---|

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May  9, 2012**                            **/s/ William Mackin, Esq.**
                                            **William Mackin, Esq. WM2792**
                                            **WILLIAM MACKIN, ESQ., P.C.**
                                            **105 N. BROAD STREET**
                                            **WOODBURY, NJ 08096**
                                            **(856) 848-2152  Fax: (856) 848-4200**
                                            **BILL.MACKIN@VERIZON.NET**

# United States Bankruptcy Court
## District of New Jersey

In re    **Woodcrest Country Club** ,

                 Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Arthur Abramowitz** | | | **Bond Holder** |
| **Arthur Rudner** | | | **Bond Holder** |
| **Barry Bannett** | | | **Bond Holder** |
| **Barry Galman** | | | **Bond Holder** |
| **Brad Spiller** | | | **Bond Holder** |
| **Bradley Schwartz** | | | **Bond Holder** |
| **Brian Baratz** | | | **Bond Holder** |
| **Brian Friedman** | | | **Bond Holder** |
| **Bruce Apple** | | | **Bond Holder** |
| **Charles Blackman** | | | **Bond Holder** |
| **Charles Rose** | | | **Bond Holder** |
| **Clifford Barnett** | | | **Bond Holder** |
| **Donald & Harriet Meltzer** | | | **Bond Holder** |
| **Donald Love** | | | **Bond Holder** |
| **Dr. Arnold & Marcia Cohen** | | | **Bond Holder** |
| **Dr. Carl & Sydney Tinkelman** | | | **Bond Holder** |
| **Dr. Dennis & Susan Lorell** | | | **Bond Holder** |
| **Dr. Edwin & Marcia Eisenberg** | | | **Bond Holder** |
| **Dr. Gary & Marlene Dworkin** | | | **Bond Holder** |
| **Dr. Jerome Cotler** | | | **Bond Holder** |
| **Dr. Jerry Apple** | | | **Bond Holder** |

__3__ continuation sheets attached to List of Equity Security Holders

In re    **Woodcrest Country Club**               ,      Case No. _____

Debtor

<h1 align="center">LIST OF EQUITY SECURITY HOLDERS</h1>
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dr. Larry & Myrna Cohen** | | | **Bond Holder** |
| **Dr. Robert & Beverly Galanter** | | | **Bond Holder** |
| **Dr. Sydney & Evelyn Weiss** | | | **Bond Holder** |
| **Drew & Patricia Markoe** | | | **Bond Holder** |
| **Earl & Kathrine Marks** | | | **Bond Holder** |
| **Eugene & Lynn Fleishman** | | | **Bond Holder** |
| **Fred Levy** | | | **Bond Holder** |
| **Fred Meyer** | | | **Bond Holder** |
| **Fred Ruttenberg** | | | **Bond Holder** |
| **Gary Kalustyan** | | | **Bond Holder** |
| **Geoffrey Goldworm** | | | **Bond Holder** |
| **Gordon Schafer** | | | **Bond Holder** |
| **Harold & Dot Berlin** | | | **Bond Holder** |
| **Harold Cohen** | | | **Bond Holder** |
| **Herb Goldberg** | | | **Bond Holder** |
| **Howard Needleman** | | | **Bond Holder** |
| **Ira Smith** | | | **Bond Holder** |
| **Irvin Richter** | | | **Bond Holder** |
| **Jane Davis** | | | **Bond Holder** |
| **Janet Arnold** | | | **Bond Holder** |
| **Jeffery Jaskol** | | | **Bond Holder** |
| **Jonathan Orenstein** | | | **Bond Holder** |
| **Joseph & Lois Asbell** | | | **Bond Holder** |
| **Kenneth & Brenda Korach** | | | **Bond Holder** |

Sheet   **1**   of   **3**   continuation sheets attached to the List of Equity Security Holders

In re    **Woodcrest Country Club**_____ ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kenneth & Linda Morton | | | Bond Holder |
| Larry & Kathleen Weisman | | | Bond Holder |
| Larry Burns | | | Bond Holder |
| Lee Goldstein | | | Bond Holder |
| Marc & Anne Bressman | | | Bond Holder |
| Marc Levin | | | Bond Holder |
| Martin & Bernice Kravitt | | | Bond Holder |
| Martin Kaplan | | | Bond Holder |
| Martin Lerner | | | Bond Holder |
| Marvin & Eva Schlanger | | | Bond Holder |
| Michael Minoff | | | Bond Holder |
| Norman Silvers | | | Bond Holder |
| Paul Lograsso | | | Bond Holder |
| Peter Fischer | | | Bond Holder |
| Peter Rosengard | | | Bond Holder |
| Randall & Patricia Lahn | | | Bond Holder |
| Richard & Donna Bell | | | Bond Holder |
| Richard Freedman | | | Bond Holder |
| Richard Friedman | | | Bond Holder |
| Richard Morgenstern | | | Bond Holder |
| Robert & Joyce Ross | | | Bond Holder |
| Robert & Marylynn Mogell | | | Bond Holder |
| Robert & Sue Barroway | | | Bond Holder |
| Robert Belasfsky | | | Bond Holder |

Sheet __2__ of __3__ continuation sheets attached to the List of Equity Security Holders

In re    **Woodcrest Country Club**                                    ,    Case No. _____
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert Cohen** | | | **Bond Holder** |
| **Robert Pick** | | | **Bond Holder** |
| **Robert Rosenfeld** | | | **Bond Holder** |
| **Ronald Cooperman** | | | **Bond Holder** |
| **Samuel & Marcella Supnick** | | | **Bond Holder** |
| **Saul & renee Steinberg** | | | **Bond Holder** |
| **Scott Parris** | | | **Bond Holder** |
| **Scott Schaffer** | | | **Bond Holder** |
| **Sidney Geller** | | | **Bond Holder** |
| **Stanley Lerner** | | | **Bond Holder** |
| **Steve Kramer** | | | **Bond Holder** |
| **Steven Angstreich** | | | **Bond Holder** |
| **Steven Shapiro** | | | **Bond Holder** |
| **Sy Mogell** | | | **Bond Holder** |
| **Sybil Ehrlich** | | | **Bond Holder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**May  9, 2012**_____        Signature **/s/ Irvin E. Richter**_____
                                                            **Irvin E. Richter**
                                                            **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet___**3**___ of ___**3**___ continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
## District of New Jersey

In re   **Woodcrest Country Club**

                     Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May  9, 2012**

**/s/ Irvin E. Richter**

**Irvin E. Richter/President**
Signer/Title

4 Telecomhelp, Inc.
7 N. Five Points Road
West Chester, PA 19380

4 Telecomhelp, Inc.
882 S. Matlack Street
West Chester, PA 19382

A. Esposito, Inc.
1001 S. 9th Street
Philadelphia, PA 19147

Addie Rose
37 Clementon Road
Berlin, NJ 08009

AETNA
P.O. Box 7247-0233
Philadelphia, PA 19170-0233

Air-Vent Duct Cleaning, Inc.
100 S. Main Street
Ambler, PA 19002-0454

AirGas East
P.O. Box 827049
Philadelphia, PA 19182-7049

Alan S. Fellheimer, Esquire
Fellheimer & Eichen, LLP
1800 J.F.K. Blvd
Suite 1400
Philadelphia, PA 19103

Allied Beverage Group, LLC
P.O. Box 5090
Mount Laurel, NJ 08054

Amerihealth ACasualty Services
1717 Arch Street
Philadelphia, PA 19103

Amoroso's Baking Company
P.O. Box 1226
Lansdowne, PA 19050

Anne Marie Richter
54 Fries Lane
Cherry Hill, NJ 08003


Ashley Foods, Inc.
134 W. Venango Street
Philadelphia, PA 19140


Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044


Bank Direct
P.O. Box 660448
Dallas, TX 75266-0448


Barnell, Inc.
6101 Comly Street
Philadelphia, PA 19135-4317


Bassetts Ince Cream
1211 Chestnut Street
Philadelphia, PA 19107


Berma Corporation
1206 Heron Road
Cherry Hill, NJ 08003


Bisgaier Hoff LLC
21 Tanner Street
Haddonfield, NJ 08033


Broadview Networks
P.O. Box 1191
Port Chester, NY 10573-1191


Camden County MUA
P.O. Box 1105
Bellmawr, NJ 08099-5105


Capital Specialisties
15 Commerce Blvd.
West Grove, PA 19390

Carol Redmond
Cherry HIll Township Tax Collector
820 Mercer Street
Room 108
Cherry Hill, NJ 08002


Catholic Star Herald
16 N. 7th Street
Camden, NJ 08102


Cherry Hill Electric
14 Democrat Way, Suite 16
Cherry Hill, NJ 08002


Cherry Hill Township
620 Mercer Street
Cherry Hill, NJ 08002


Classic Cake
823 East Gate Drive
Mount Laurel, NJ 08054


Classic Chemicals
P.O. Box 175
Reisterstown, MD 21135


Cleveland Golf
P.O. Box 7270
Newport Beach, CA 92658-7270


Club System Group
Lock Box 2476
Philadelphia, PA 19178-3476


Comcast
P.O. Box 3006
Southeastern, PA 19398-3006


Confires Fire Protection
P.O. Box 784
South Plainfield, NJ 07080-0497


Conroy's Corner
800 S. White Horse Pike
Somerdale, NJ 08083

Creekside Printing
1175 David Road
Elgin, IL 60123


Crestmark Financial Corp
P.O. Box 5935
Drawer #1270
Troy, MI 48007-5935


Cutter & Buck
P.O. Box 34855
Seattle, WA 98124-1855


Department of Labor & Workforce
Division of Employer Accounts
John Fitch Plaza
P.O. Box 110
Trenton, NJ 08625-0110


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Diamon Chemcial Supply
524 S. Walnut Street Plaza
Wilmington, DE 19801-5230


Diane's La Patisserie
405 Bloomfield Drive
West Berlin, NJ 08091


EcoLab
P.O. Box 905237
Charlotte, NC 28290-5327


Ehrlich
600 Deer Road
Cherry Hill, NJ 08034


Ellis Coffee Company
Lockbox 6926
Philadelphia, PA 19176-6926

Employment Security Agency
CN-077
Trenton, NJ 08625


Event Rentals
2096 Springdale Road
Cherry Hill, NJ 08003


Faraco Knife & Slicer Co.
P.O. Box 42
Pennsburg, PA 18073-0042


Fast Service, Inc.
2010-33 Wheatsheaf Lane
Philadelphia, PA 19124


Federal Wine & Liquor
P.O. Box 519
Kearny, NJ 07032-0519


Felheimer & Eichen LLP
50 S. 16th St. 34th Floor
Philadelphia, PA 19102


Fore Supply Co.
1205 Capital Drive
Addison, IL 60101


GK Electric
1834 Byberry Road
Huntingdon Valley, PA 19006


Golf Car Specialties, LLC
126 Industrial Pkwy
Pottstown, PA 19464


Golfballsonly.com
420 Denison Street
Markham Ontario


Grainger
Dept 542-843830209
Palatine, IL 60038-0001

Harold G. Cohen, Esquire
Dilworth Paxson LLP
457 Haddonfield Road
Suite 700
Cherry Hill, NJ 08002


Hilger Flick & Co.
P.O. Box 524
Valley Forge, PA 19481-0524


Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029


Horizon Blue Cross
Three Penn Plaza East
Newark, NJ 07105-2200


Hutchison
621 Chapel Avenue
Cherry Hill, NJ 08034


Imagewear International
P.O. Box 329
New Kensington, PA 15068


Important Papers, Inc.
2060 Springdale Road
Cherry Hill, NJ 08003


Independence Communications
P.O. Box 7519
Philadelphia, PA 19101-7519


Industrial Paper Supply
2425 Maryland Road
Willow Grove, PA 19090


Innovative Promotions
435 N. 3rd Street
Hammonton, NJ 08037


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irvin Richter
54 Fries Lane
Cherry Hill, NJ 08003


J. Ambrogi Food Dist
1400 Metropolitan Avenue
Thorofare, NJ 08086


Julius Silver, Inc.
P.O. Box 824557
Philadelphia, PA 19182-4552


Karen St. Angelo
300 E. Evesham Road
Cherry Hill, NJ 08003


KDI/Keystone Digital Imaging
P.O. Box 1810
Media, PA 19083-8610


Kerry Tucker
301 Commerce Drive
Moorestown, NJ 08057


Kramer Beverage Co.
181 S. 2nd Road
Hammonton, NJ 08037


Laurel Creek Country Club
701 Moorestown Centerton Road
Mount Laurel, NJ 08054


Leisure Creations
P.O. Box 88
Russellville, AL 35653


Leone's Meats, Inc.
2401 S. 28th Street
Philadelphia, PA 19145


LG Schmidt & Sons
121 Eaton Way
Mount Laurel, NJ 08054

Linwood Country Club
500 Shore Road
Linwood, NJ 08221


Liscio's Italian Bakery
130 S. Delsea Drive
Glassboro, NJ 08028


Little Mill Country Club
104 Borton Road
Marlton, NJ 08053


Lowe's Business Account
P.O. Box 530970
Atlanta, GA 30353-0970


LuLu Country Club
1600 Limekiln Pike
North Hills, PA 19038


Maschmeyer Karalis, PC
1900 Spruce Street
Philadelphia, PA 19103


MCI
P.O .Box 856053
Louisville, KY 40285-6053


Meadowland Country Club
711 Boehrs Church Road
Blue Bell, PA 19422


Meier & Dutch
1911 Spillman Drive
Bethlehem, PA 18015


Metro Elevator Co., Inc.
211 Carter Drive, Suite F
West Chester, PA 19382


Metropolitan Fire Protection
460 Parkway
Broomall, PA 19008

Nelbud
P.O. Box 271
Egg Harbor City, NJ 08215


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112


New Jersey Department of Labor
Benefit Payment Control
PO Box 951
Trenton, NJ 08625-0951


New Jersey Division of Taxation
Compliance & Enforcement - Bankr. Unit
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08646


New Jersey Water
P.O. Box 371331
Pittsburgh, PA 15250-7331


New Opportunity Publishing
7025 Central Highway
Pennsauken, NJ 08109


NJDEP Site Remediation
P.O. Box 417
Trenton, NJ 08646-0417


NJDEP Water Allocation
P.O. Box 417
Trenton, NJ 08646-0417


Office of Attorney General
Hughes Justice Complex
P.O. Box 080
25 W. Market Street
Trenton, NJ 08625

Paul Mainardi, Esquire
Brown & Connery, LLP
6 N Broad St
#100
Woodbury, NJ 08096


Pepsi Cola National
P.O. Box 75948
Chicago, IL 60675-5948


Performance Golf Management
PO Box 628
Cherry Hill, NJ 08003


Philadelphia Bakery
P.O. Box 723
Drexel Hill, PA 19026


Ping
P.O. Box 52450
Phoenix, AZ 85072-2450


Pitney Bowes Global Fin Serv
P.O. Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042


PNC Equipment Finance
P.O. Box 931034
Cleveland, OH 44193-0004


Princeton Hydro
P.O. Box 720
Ringoes, NJ 08551


Protag America, Inc.
16 Barclay Hills Drive
Wilmington, NC 28405-3338


PSE&G
P.O. Box 14444
New Brunswick, NJ 08906-4444

R&R Marketing LLC
2900 E State Street
Trenton, NJ 08619


Republic Waste Services
P.O. Box 900-1099
Louisville, KY 40290-1765


River & Glen LLC
390 Nina Way
Warminster, PA 18974


RJ Shepard Co.
P.O. Box 169 Whitman
Whitman, MA 02382


Rubinstein's
250 E. Market Street
West Chester, PA 19381


Safety-Kleen
P.O. Box 382066
Pittsburgh, PA 15250-8066


Samuel's & Sons Seafood
3407 S. Lawrence Street
Philadelphia, PA 19148


Saucon Valley Country Club
2050 Saucon Valley Road
Bethlehem, PA 18015-9000


SCNS Sports Foods
4800 Arrown Hwy
Montclair, CA 94783-1205


Seashore Fruit & Produce
P.O. Box 1819
Atlantic City, NJ 08404


Simplex Grinell
283 Gibraltar
Horsham, PA 19044

South Jersey Gas Co.
P.O. Box 3121
Southeastern, PA 19398-3121


State of New Jersey
Sales & Use Tax Division
50 Barrack Street
CN-629
Trenton, NJ 08646


State of New Jersey
Division of Taxation
P.O. Box 046
Trenton, NJ 08646-0046


State of New Jersey
Dept. of Labor & Workforce Development
2 Riverside Drive, 3rd Floor
Camden, NJ 08103


State of New Jersey
Division of Revenue
PO Box 262
Trenton, NJ 08646-0262


State of New Jersey
Bureau Boiler Inspec
P.O. Box 392
Trenton, NJ 08625-0392


State of New Jersey Department of Labor
PO Box 394
Trenton, NJ 08625-0394


State of New Jersey Department of Labor
and Workforce Development
P.O. Box 389
Trenton, NJ 08625


Sterns & Weinroth
50 West State Street
Suite 1400
PO Box 1298
Trenton, NJ 08607-1298

Steven Angstreich, Esquire
Weir & Partners, LLP
457 Haddonfield Road
Suite 420
Cherry Hill, NJ 08002


Sun National Bank
226 Landis Avenue
Vineland, NJ 08360


Sun National Bank
350 Fellowship Road
Suite 101
Mount Laurel, NJ 08054


Super Laundry
300 N. Furnace Street, Building 1
Birdsboro, PA 19508


Super Media
P.O. Box 619009
Dallas, TX 75214-9009


Sysco Foods
600 Packer Avenue
Philadelphia, PA 19148


Tavistock Country Club
100 Tavistock Lane
Haddonfield, NJ 08033


Taylor-Made Adidas Golf
P.O. Box 406043
Atlanta, GA 30384-6043


The Hartford
P.O. Box 8500-3690
Philadelphia, PA 19178-3690


The Lipsitt Group
9885 E Bayou Hills Lane
Parker, CO 80134

The Party Place
1651 Sicklerville Road
Sicklerville, NJ 08081


The Riverton Country Club
1418 Highland Avenue
Riverton, NJ 08077


Total Linen Care
4 Peachtree Lane
Erial, NJ 08081


Town Talk
P.O. Box 58157
Louisville, KY 40268-0157


Tri-C Club Supply
32615 Park Lane Avenue
Garden City, MI 48135-1528


UGI Engergy Services
P.O. Box 409973
Philadelphia, PA 19182


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102


Utz Quality Foods
900 High Street
Hanover, PA 17331


Vector Security
5125 Campus Drive
Plymouth Meeting, PA 19462


Verizon
P.O. Box 4833
Trenton, NJ 08650


Vision Perfect Software
1875 W. 12600 South
Riverton, UT 84065-0310

VoIP Networks
1951 Old Cuthbert Road
Cherry Hill, NJ 08034


Voorhees Hardware
508 Haddonfield Berline Road
Voorhees, NJ 08043


Warren Distrubtion South
200 South Route 73
Blue Anchor, NJ 08037


West Coast Trends, Inc.
17811 Jamestown Lane
Huntington Beach, CA 92647


Whitford Country Club
600 Whitford Hills Road
Exton, PA 19341


Yamaha Motor Corp
Dept CH 14022
Palatine, IL 60055


Zimmerman Sanitary Supply, LLC
110 Industrial Drive
Pottstown, PA 19464

# United States Bankruptcy Court
## District of New Jersey

In re  **Woodcrest Country Club**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Woodcrest Country Club**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  9, 2012**

Date

**/s/ William Mackin, Esq.**

**William Mackin, Esq. WM2792**

Signature of Attorney or Litigant

Counsel for  **Woodcrest Country Club**

**WILLIAM MACKIN, ESQ., P.C.**

**105 N. BROAD STREET**
**WOODBURY, NJ 08096**
**(856) 848-2152 Fax:(856) 848-4280**
**BILL.MACKIN@VERIZON.NET**