| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

Brown & Connery, LLP
Paul Mainardi, Esquire (PM6453)
Joseph M. Garemore, Esquire (JG5790)
Kenneth J. Schweiker, Jr., Esquire (KS1889)
360 Haddon Avenue
Westmont, NJ  08108
Attorneys for Sun National Bank

In Re:

WOODCREST COUNTRY CLUB,

Debtor.

Case No.: 12-22055

Chapter: 11

Adv. No.: 

Hearing Date: 

Judge: JHW

## CERTIFICATION OF SERVICE

1.  I, __Kenneth J. Schweiker, Jr., Esquire__ :

    ☒ represent the __Sun National Bank__ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On __June 11, 2012__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Objection of Sun National Bank to Debtor's Application For Retention of Alan Fellheimer As Special Counsel For The Debtor.

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: __June 11, 2012__                              /s/ Kenneth J. Schweiker, Jr., Esquire
                                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William Mackin, Esquire, P.C.<br>105 N. Broad Street, Suite 1<br>Woodbury, NJ 08096 | Attorney for Debtor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ  07102<br><br>USTPRegion03.NE.ECF@usdoj.gov | US Trustee's Office | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Alan S. Fellheimer, Esquire<br>Fellheimer & Eichen LLP<br>2 Liberty Place<br>50 S. 16th Street, 34th Floor<br>Philadelphia, PA  19103 | Notice Party | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Steven E. Angstreich, Esquire<br>Weir & Partners LLP<br>The Liberty View Building<br>Suite 420<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002 | Proposed Special Counsel | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Adam D. Greenberg, Esquire<br>Honig & Greenberg, LLC<br>1949 Berlin Road<br>Suite 200<br>Cherry Hill, NJ 08003-3737 | Attorneys for David Farber | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| A. Fred Ruttenberg, Esquire<br>Flaster Greenberg P.C.<br>Commerce Center<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002-4609 | Notice Party | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| Cozen O'Connor, PC<br>Arthur J. Abramowitz, Esquire<br>The Liberty View Building<br>Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002 | Notice Party | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |