| Type of Pledge Note | Face Value | Prior Payment | Current Payment | Balance |
|---|---:|---:|---:|---:|
| Mortgage | $250,000.00 | $0.00 | $25,000.00 | $225,000.00 |
| Proprietary - No | $120,000.00 | $0.00 | $40,000.00 | $80,000.00 |
| Proprietary - Yes | $52,500.00 | $0.00 | $17,500.00 | $35,000.00 |
| Preferred | $300,000.00 | $132,500.00 | $22,500.00 | $102,500.00 |
| | **$722,500.00** | $132,500.00 | $105,000.00 | $442,500.00 |