WOODCREST COUNTRY CLUB
CASE NO. 123-22055 JHW

CASH FLOW SUMMARY

| | Effective Date | Year 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **Case 1 SNB Accepts** | | | | | | |
| Source: | | | | | | |
| Bond Holder - Proprietary | 450,000 | | | | | |
| Bond Holder - Preferred | 550,000 | | | | | |
| New/Member Mortgage | 3,500,000 | | | | | |
| Operating Cash Flow | | 96,158 | 272,322 | 135,527 | 204,800 | 213,584 |
| Total | 4,500,000 | 96,158 | 272,322 | 135,527 | 204,800 | 213,584 |
| | | | | | | |
| Needs: | | | | | | |
| Administrative Expense | 145,000 | | | | | |
| Priority Tax Claim | | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 |
| SNB | | | | | | |
| Secured Claim | 3,400,000 | | | | | |
| Unsecured Claim | 180,000 | | | | | |
| Class 2 Convenience Class Claim - 50% | 12,924 | | | | | |
| Class 3 Utility Class Claim - 50% | 20,511 | | | | | |
| Class 4 Trade Creditors - 75% | 26,219 | | | | | |
| Class 6 General Unsecured Claim | 200,000 | | | | | |
| Class 7 & 8 Voided Bondholder Fund | | | | | | 25,000 |
| New/Member Mortgage Interest @ 3% | | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 |
| Total | 3,984,654 | 132,000 | 132,000 | 132,000 | 132,000 | 157,000 |
| | | | | | | |
| Working Capital Reserve | 515,346 | 479,504 | 619,826 | 623,353 | 696,153 | 752,737 |
| | | | | | | |
| **Case 2 SNB Rejects** | | | | | | |
| Source: | | | | | | |
| Bond Holder - Proprietary | 450,000 | | | | | |
| Bond Holder - Preferred | 550,000 | | | | | |
| New/Member Mortgage | | | | | | 3,400,000 |
| Operating Cash Flow | | 96,158 | 272,322 | 135,527 | 204,800 | 213,584 |
| Total | 1,000,000 | 96,158 | 272,322 | 135,527 | 204,800 | 3,613,584 |
| | | | | | | |
| Needs: | | | | | | |
| Administrative Expense | 145,000 | | | | | |
| Priority Tax Claim | | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 |
| SNB | | | | | | |
| Secured Claim 40 Year @4% 5year balloon | | 170,500 | 170,500 | 170,500 | 170,500 | 3,383,500 |
| Unsecured Claim (In Class 6) | | | | | | |
| Class 2 Convenience Class Claim - 50% | 12,924 | | | | | |
| Class 3 Utility Class Claim - 50% | 20,511 | | | | | |
| Class 4 Trade Creditors - 75% | 26,219 | | | | | |
| Class 6 General Unsecured Claim | 200,000 | | | | | |
| Class 7 & 8 Voided Bondholder Fund | | | | | | 25,000 |
| Total | 404,654 | 197,500 | 197,500 | 197,500 | 197,500 | 3,435,500 |
| | | | | | | |
| Working Capital Reserve | 595,346 | 494,004 | 568,826 | 506,853 | 514,153 | 692,237 |
| | | | | | | |
| **Case 3  1111B** | | | | | | |
| Source: | | | | | | |
| Bond Holder - Proprietary | 450,000 | | | | | |
| Bond Holder - Preferred | 550,000 | | | | | |
| New Proprietary & Preferred Bonds | | 350,000 | | | | |
| Operating Cash Flow | | 96,158 | 272,322 | 135,527 | 204,800 | 213,584 |
| Total | 1,000,000 | 446,158 | 272,322 | 135,527 | 204,800 | 213,584 |
| | | | | | | |
| Needs: | | | | | | |
| Administrative Expense | 145,000 | | | | | |
| Priority Tax Claim | | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 |
| SNB - 1111B | | | | | | |
| Secured Claim | | 1,000,000 | 120,500 | 120,500 | 120,500 | 120,500 |
| Class 2 Convenience Class Claim - 50% | 12,924 | | | | | |
| Class 3 Utility Class Claim - 50% | 20,511 | | | | | |
| Class 4 Trade Creditors - 75% | 26,219 | | | | | |
| Class 6 General Unsecured Claim | 200,000 | | | | | |
| Class 7 & 8 Voided Bondholder Fund | | | | | | 25,000 |
| Total | 404,654 | 1,027,000 | 147,500 | 147,500 | 147,500 | 172,500 |
| | | | | | | |
| Working Capital Reserve | 595,346 | 14,504 | 139,326 | 127,353 | 184,653 | 225,737 |

WOODCREST COUNTRY CLUB
CASE NO. 12-22055 JHW

| Plan Payments | | Effective Date | | | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|---|---|---|---|
| | | Accept | Reject | 1111B | | | | |
| Administrative Expenses | 145,000 | 145,000 | | 145,000 | | | | |
| Priority Tax Claim | | | | | | | | |
| NJ Sales Tax | 135,000 | 135,000 | | 135,000 | 27,000 | 27,000 | 27,000 | 27,000 |
| SNB Secured Claim | | | | | | | | |
| Case 1 SNB Accepts | 3,400,000 | 3,400,000 | | | | | | |
| Case 2 SNB Rejects | 3,400,000 | | | | 170,500 | 170,500 | 170,500 | 170,500 |
| Case 3 1111B Election | | | | | 1,000,000 | 120,500 | 120,500 | 120,500 |
| Unsecured Claims | | | | | | | | |
| SNB - Case 1 | 8,235,872 | 180,000 | 0 | | | | | |
| Class 2 - Convenience Class Claims - 50% | 25,847 | 12,924 | 12,924 | 12,924 | | | | |
| Class 3 - Utility Class Claims - 50% | 41,022 | 20,511 | 20,511 | 20,511 | | | | |
| Class 4 - Trade Creditors - 75% | 34,958 | 26,219 | 26,219 | 26,219 | | | | |
| Class 6 - General unsecured Claims | 1,305,586 | 200,000 | 27,637 | | | | | |
| - SNB Case 2 | | | 172,363 | | | | | |
| Class 7 & 8 - Voided Bondholder Fund | 25,000 | | | | | | | |
| New/Member Mortgage - 3% interest (Case 1 only) | 3,500,000 | | | | 105,000 | 105,000 | 105,000 | 105,000 |

Year
5

27,000

3,383,500
120,500

25,000

105,000

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

STATEMENT OF ACTIVITIES

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Food/Beverage Sales | $1,058,868 | $1,078,982 | $1,114,544 | $1,151,486 | $1,192,688 |
| Unused Minimum | $50,255 | $51,635 | $55,315 | $59,455 | $63,480 |
| Dues | 1,684,100 | 1,841,020 | 2,023,530 | 2,247,925 | 2,471,500 |
| Golf Cart Revenue | 383,175 | 402,188 | 429,975 | 463,613 | 500,175 |
| Greens Fees | 319,158 | 335,075 | 358,296 | 386,228 | 416,578 |
| Golf shop | 183,540 | 193,070 | 209,235 | 230,065 | 224,926 |
| Valet/Pool/Tennis Fees | 3,059 | 3,143 | 3,367 | 3,619 | 3,864 |
| Other income | 32,775 | 33,675 | 36,075 | 38,775 | 41,400 |
| Total Income | 3,714,930 | 3,938,788 | 4,230,337 | 4,581,166 | 4,914,611 |
| **EXPENSE:** | | | | | |
| Food/Beverage | 1,059,287 | 1,058,582 | 1,067,056 | 1,044,917 | 1,091,772 |
| Golf Course | 800,000 | 800,000 | 850,000 | 950,000 | 1,000,000 |
| Golf Carts | 115,028 | 115,028 | 118,350 | 118,350 | 118,350 |
| Golf Shop Operation | 258,116 | 268,022 | 282,434 | 300,555 | 299,676 |
| Pool/Tennis | 63,357 | 61,659 | 66,890 | 66,424 | 72,659 |
| Valet/Lockers | 52,515 | 53,785 | 57,555 | 58,325 | 62,345 |
| Committees | 131,800 | 139,050 | 145,300 | 150,550 | 152,800 |
| Clubhouse | 86,125 | 88,045 | 91,950 | 93,720 | 97,725 |
| Occupancy | 621,500 | 631,400 | 646,300 | 655,700 | 667,850 |
| Repair/Maint | 93,600 | 96,100 | 99,600 | 101,600 | 104,100 |
| Adminstration | 337,445 | 354,795 | 369,375 | 386,225 | 408,750 |
| Reserve - Capital Projects | 0 | 0 | 300,000 | 450,000 | 625,000 |
| Total Expenses | 3,618,773 | 3,666,466 | 4,094,810 | 4,376,365 | 4,701,027 |
| Operating Income(Loss) | $96,158 | $272,322 | $135,527 | $204,800 | $213,584 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

### RESTAURANT OPERATIONS

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Food Sales | $818,064 | $835,888 | $868,723 | $902,938 | $941,850 |
| Beverage Sales | 230,736 | 232,921 | 235,543 | 238,165 | 240,350 |
| Banquet other income | 10,068 | 10,173 | 10,278 | 10,383 | 10,488 |
| Total Revenue | 1,058,868 | 1,078,982 | 1,114,544 | 1,151,486 | 1,192,688 |
| Food Cost | 349,511 | 352,442 | 356,827 | 327,486 | 374,157 |
| Bar Cost | 92,294 | 93,168 | 94,217 | 95,266 | 96,140 |
| Total Product Cost | 441,805 | 445,611 | 451,045 | 422,752 | 470,297 |
| Gross Margin | 617,063 | 633,372 | 663,500 | 728,734 | 722,391 |
| Restaurant/Bar Payroll Cost | 740,788 | 737,467 | 749,287 | 759,495 | 770,214 |
| Serv Chg Credit | -211,774 | -215,796 | -222,909 | -230,297 | -238,538 |
| Net Payroll Cost | 529,015 | 521,671 | 526,378 | 529,198 | 531,676 |
| Dining Room/Bar Expenses | 88,467 | 91,300 | 89,633 | 92,966 | 89,799 |
| OPERATING MARGIN | ($419) | $20,401 | $47,488 | $106,569 | $100,916 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

**DINING ROOM**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Ala Carte | $229,425 | $237,970 | $257,335 | $279,180 | $301,392 |
| Club Functions | 72,105 | 74,983 | 80,808 | 87,890 | 94,944 |
| half way house sales | 25,783 | 26,940 | 29,341 | 29,822 | 34,224 |
| Total Sales | 327,313 | 339,893 | 367,484 | 396,892 | 430,560 |
| Cost of Sales | 216,027 | 217,532 | 220,490 | 189,842 | 235,086 |
| Gross Margin | 111,286 | 122,361 | 146,994 | 207,050 | 195,474 |
| **Employee Costs** | | | | | |
| Payroll | 327,313 | 322,898 | 330,736 | 337,358 | 344,448 |
| Payroll Taxes | 44,187 | 43,591 | 44,649 | 45,543 | 46,500 |
| Gross Payroll | 371,500 | 366,490 | 375,385 | 382,902 | 390,948 |
| Serv Chg Credit | (65,463) | (67,979) | (73,497) | (79,378) | (86,112) |
| Net Payroll Costs | 306,038 | 298,511 | 301,888 | 303,523 | 304,836 |
| **Other Expenses** | | | | | |
| Silver/China/Glass | 1,500 | 4,000 | 1,500 | 5,000 | 1,500 |
| Utenls/Ckware/Suply | 1,000 | 500 | 1,500 | 500 | 1,000 |
| Linen | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 |
| Equip Repairs/Maint | 4,000 | 5,000 | 4,000 | 5,000 | 4,000 |
| Kitchen Gas | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Paper Supplies | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Cleaning Supplies | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Employee Uniforms | 750 | 750 | 750 | 750 | 750 |
| equip purch | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Taxes & Licenses | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Misc DR Exp. | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Expenses | 53,250 | 56,250 | 53,750 | 57,250 | 53,250 |
| Net Income(Loss) | ($248,001) | ($232,400) | ($208,645) | ($153,723) | ($162,612) |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

### BAR

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Member Reg Bar | $92,207 | $93,081 | $94,392 | $95,266 | $96,140 |
| Total Bar Sales | 92,207 | 93,081 | 94,392 | 95,266 | 96,140 |
| Cost of Sales | 36,883 | 37,232 | 37,757 | 38,106 | 38,456 |
| Gross Margin | 55,324 | 55,849 | 56,635 | 57,160 | 57,684 |
| **EXPENSES** | | | | | |
| Payroll | 41,493 | 40,025 | 39,645 | 39,059 | 38,456 |
| Payroll Taxes | 5,602 | 5,403 | 5,352 | 5,273 | 5,192 |
| Service Charge | -18,441 | -18,616 | -18,878 | -19,053 | -19,228 |
| Net Payroll | 28,653 | 26,812 | 26,118 | 25,279 | 24,420 |
| Other Expenses | | | | | |
| New Equip/Rental | 200 | 200 | 200 | 200 | 200 |
| Glassware | 500 | | 500 | | 500 |
| Paper Supplies | 150 | 150 | 150 | 150 | 150 |
| License Expense | 400 | 400 | 400 | 400 | 400 |
| Bar Snacks | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Misc Bar Expense | | | | | |
| Total Other Expenses | 3,250 | 2,750 | 3,250 | 2,750 | 3,250 |
| Total Expense | 68,786 | 66,794 | 67,125 | 66,135 | 66,126 |
| Net Income(Loss) | $23,421 | $26,287 | $27,267 | $29,131 | $30,014 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

BANQUETS/OUTINGS

|  | Year 1 | Year 2 | Year Ending Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Food Sales | $490,751 | $495,995 | $501,239 | $506,046 | $511,290 |
| Bev Sales | 138,529 | 139,840 | 141,151 | 142,899 | 144,210 |
| Fees | 10,068 | 10,173 | 10,278 | 10,383 | 10,488 |
| Total Revenue | 639,348 | 646,008 | 652,668 | 659,328 | 665,988 |
| **EXPENSES** | | | | | |
| Food Cost | 133,484 | 134,911 | 136,337 | 137,645 | 139,071 |
| Bev Cost | 55,412 | 55,936 | 56,460 | 57,160 | 57,684 |
| Product Cost | 188,896 | 190,847 | 192,797 | 194,804 | 196,755 |
| Gross Margin | 450,453 | 455,162 | 459,871 | 464,524 | 469,233 |
| Payroll | 283,871 | 286,828 | 289,785 | 292,742 | 295,699 |
| Payroll Taxes | 38,323 | 38,722 | 39,121 | 39,520 | 39,919 |
| Service Charge | -127,870 | -129,202 | -130,534 | -131,866 | -133,198 |
| Net Payroll Cost | 194,324 | 196,348 | 198,372 | 200,396 | 202,420 |
| Other expenses | 31,967 | 32,300 | 32,633 | 32,966 | 33,299 |
| Total Expenses | 415,187 | 419,495 | 423,803 | 428,167 | 432,475 |
| Net Income(Loss) | $224,162 | $226,514 | $228,865 | $231,161 | $233,513 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

### GOLF CARTS

|  | Year 1 | Year 2 | Year Ending Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Car Rentals | $383,175 | $402,188 | $429,975 | $463,613 | $500,175 |
| Total Golf Carts | 383,175 | 402,188 | 429,975 | 463,613 | 500,175 |
| **EXPENSES** | | | | | |
| Payroll | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Payroll Taxes | 4,050 | 4,050 | 4,050 | 4,050 | 4,050 |
| Payroll Costs | 34,050 | 34,050 | 34,050 | 34,050 | 34,050 |
| **Other Expenses** | | | | | |
| Lease Payments | 72,678 | 72,678 | 76,000 | 76,000 | 76,000 |
| Repairs and Parts | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Supplies | 300 | 300 | 300 | 300 | 300 |
| Golf Cart Rentals | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 |
| Miscellaneous | 500 | 500 | 500 | 500 | 500 |
| Expenses | 80,978 | 80,978 | 84,300 | 84,300 | 84,300 |
| Net Income(Loss) | $268,147 | $287,160 | $311,625 | $345,263 | $381,825 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

### GREENS FEES

|  | Year 1 | Year 2 | Year Ending Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Greens Fees, Guest | $253,406 | $265,980 | $284,357 | $306,602 | $330,782 |
| Greens Fees, Outing | $63,352 | $66,495 | $71,089 | $76,651 | $82,696 |
| Driving Range Income | 2,400 | 2,600 | 2,850 | 2,975 | 3,100 |
| TOTAL GREENS FEES | $319,158 | $335,075 | $358,296 | $386,228 | $416,578 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

### GOLF SHOP

|  | Year 1 | Year 2 | Year Ending Year 3 | Year 4 | Year 5 |
|---|---:|---:|---:|---:|---:|
| **REVENUE** | | | | | |
| Hard Goods Sales | $70,112 | $73,753 | $79,928 | $87,885 | $94,889 |
| Soft Goods Sales | $66,441 | $69,891 | $75,743 | $83,284 | $89,921 |
| Balls Sales | 27,715 | 29,154 | 31,594 | 34,740 | 37,508 |
| Oth Shop Mdse Sales | 19,272 | 20,272 | 21,970 | 24,157 | 2,608 |
| Total Sales | 183,540 | 193,070 | 209,235 | 230,065 | 224,926 |
| **EXPENSES** | | | | | |
| Hard Goods Purch | 47,186 | 49,636 | 53,791 | 59,146 | 63,860 |
| Soft Goods Purch | 30,762 | 32,360 | 35,069 | 38,560 | 41,633 |
| Balls Purch | 15,853 | 16,676 | 18,072 | 19,871 | 21,455 |
| Other Mdse Purch | 13,991 | 14,718 | 15,950 | 17,538 | 1,894 |
| Total Cost | 107,792 | 113,389 | 122,882 | 135,116 | 128,842 |
| Gross Profit | 75,748 | 79,681 | 86,353 | 94,949 | 96,084 |
| **Employee Costs** | | | | | |
| Golf Staff P/R Exp | 122,000 | 125,000 | 130,000 | 135,000 | 140,000 |
| PR Taxes | 16,470 | 16,875 | 17,550 | 18,225 | 18,900 |
| Lesson Fees | -34,960 | -35,920 | -38,480 | -41,360 | -44,160 |
| Lessons Reimbursed | 31,464 | 32,328 | 34,632 | 37,224 | 39,744 |
| Payroll Cost | 134,974 | 138,283 | 143,702 | 149,089 | 154,484 |
| **Other Expenses** | | | | | |
| Bag Room Supplies | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Tournament Supplies | 500 | 500 | 500 | 500 | 500 |
| Uniforms | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Freight | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| Driv Range Supplies | 2,000 | 3,000 | 2,500 | 3,000 | 3,000 |
| Paper Supplies | 700 | 700 | 700 | 700 | 700 |
| Education Expense | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Golf Pencils | 300 | 300 | 300 | 300 | 300 |
| Golf Scorecards | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Miscellaneous | 250 | 250 | 250 | 250 | 250 |
| Supplies | 500 | 500 | 500 | 500 | 500 |
| Tees, Markers & Tags | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Expenses | 15,350 | 16,350 | 15,850 | 16,350 | 16,350 |
| Net Income(Loss) | ($74,576) | ($74,952) | ($73,199) | ($70,490) | ($74,750) |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

**TENNIS**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Guest Fees | $437 | $449 | $481 | $517 | $552 |
| **EXPENSES** | | | | | |
| Payroll | 19,000 | 19,500 | 20,000 | 20,500 | 21,000 |
| Payroll Taxes | 2,565 | 2,633 | 2,700 | 2,768 | 2,835 |
| Tennis Lesson Fees | -2,185 | -2,185 | -2,405 | -2,585 | -2,760 |
| Tennis Lesson Fees Reimbursed | 1,967 | 1,967 | 2,165 | 2,327 | 2,484 |
| Payroll Cost | 21,347 | 21,914 | 22,460 | 23,009 | 23,559 |
| Towels | 100 | | 100 | | 100 |
| Repairs, Tennis | 2,000 | 3,000 | 2,500 | 3,000 | 3,500 |
| Tennis Pro Shop | 300 | 300 | 300 | 300 | 300 |
| Supplies/Misc. Exp. | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Tournament Exp | 700 | 700 | 700 | 700 | 700 |
| Expenses | 4,100 | 5,000 | 4,600 | 5,000 | 5,600 |
| **TOTAL EXPENSE** | $25,447 | $26,914 | $27,060 | $28,009 | $29,159 |
| Net Income(Loss) | ($25,010) | ($26,465) | ($26,579) | ($27,492) | ($28,607) |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

**POOL**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Pool Guest Fees | $2,622 | $2,694 | $2,886 | $3,102 | $3,312 |
| Total Revenue | 2,622 | 2,694 | 2,886 | 3,102 | 3,312 |
| **EXPENSE** | | | | | |
| Payroll | 16,000 | 17,000 | 18,000 | 19,000 | 20,000 |
| Payroll Taxes | 2,160 | 2,295 | 2,430 | 2,565 | 2,700 |
| Payroll Costs | 18,160 | 19,295 | 20,430 | 21,565 | 22,700 |
| Landscaping, Pool | 500 | | 750 | | 750 |
| Licenses, Pool | 250 | 250 | 250 | 250 | 250 |
| Winterizing Exp | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 |
| Repairs/Maint. | 12,000 | 8,000 | 11,000 | 9,000 | 12,000 |
| Chemicals | 4,000 | 4,200 | 4,400 | 4,600 | 4,800 |
| Towels | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Miscellaneous Pool Exp | 200 | 200 | 200 | 200 | 200 |
| First Aid Supplies | 400 | 400 | 400 | 400 | 400 |
| Pool Toys | 100 | 100 | 100 | 100 | 100 |
| Other Costs | 19,750 | 15,450 | 19,400 | 16,850 | 20,800 |
| Total Expense | $37,910 | $34,745 | $39,830 | $38,415 | $43,500 |
| Net Income(Loss) | ($35,288) | ($32,051) | ($36,944) | ($35,313) | ($40,188) |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

**VALET**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Valet Parking Fees | $0 | $0 | $0 | 0 | $0 |
| **EXPENSES** | | | | | |
| Payroll | $14,000 | $15,000 | $16,000 | $17,000 | $18,000 |
| Payroll Taxes | 1,890 | 2,025 | 2,160 | 2,295 | 2,430 |
| Payroll Cost | 15,890 | 17,025 | 18,160 | 19,295 | 20,430 |
| Other Expenses | | | | | |
| Employee Uniforms | 150 | 150 | 150 | 150 | 150 |
| Tags & Tickets | 400 | 400 | 400 | 400 | 400 |
| Car Damage Deductible | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Misc Valet | 200 | 200 | 200 | 200 | 200 |
| Expenses | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 |
| TOTAL EXPENSES | $17,640 | $18,775 | $19,910 | $21,045 | $22,180 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

**LOCKER ROOM**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **EXPENSES** | | | | | |
| Payroll | $25,000 | $26,000 | $27,000 | $28,000 | $29,000 |
| Payroll Taxes | 3,375 | 3,510 | 3,645 | 3,780 | 3,915 |
| Payroll Costs | 28,375 | 29,510 | 30,645 | 31,780 | 32,915 |
| Other Expenses | | | | | |
| Towels | 1,000 | | 1,500 | | 1,750 |
| First Aid | 400 | 400 | 400 | 400 | 400 |
| Guests Supplies | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Miscellaneous | 100 | 100 | 100 | 100 | 100 |
| Expenses | 6,500 | 5,500 | 7,000 | 5,500 | 7,250 |
| TOTAL EXPENSES | $34,875 | $35,010 | $37,645 | $37,280 | $40,165 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

**COMMITTEES**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| ENTERTAINMENT COMMITTEE |  |  |  |  |  |
| Music/Talent | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Band/DJ Expense | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 |
| Comedian Expense | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Children Entert | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Decoratns Member Funct | 750 | 750 | 750 | 750 | 750 |
| Party Entertainment | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Misc Entert Exp. | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| TOTAL EXPENSES | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 |
| Other Committees |  |  |  |  |  |
| Women's Golf | 1,000 | 1,250 | 1,500 | 1,750 | 2,000 |
| Men's Golf Tourn Exp | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Men's Golf Committee | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Misc. Committee Exp. |  |  |  |  |  |
| Membership sales $ | 85,000 | 87,000 | 91,000 | 93,000 | 95,000 |
| Advertising | 25,000 | 30,000 | 32,000 | 35,000 | 35,000 |
| Tennis Committee | 300 | 300 | 300 | 300 | 300 |
| TOTAL EXPENSES | $120,800 | $128,050 | $134,300 | $139,550 | $141,800 |
| TOTAL COMM EXPENSES | $131,800 | $139,050 | $145,300 | $150,550 | $152,800 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

**CLUBHOUSE**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **EMPLOYEE COSTS** | | | | | |
| Payroll | $65,000 | $67,000 | $70,000 | $72,000 | $75,000 |
| Payroll Taxes | 8,775 | 9,045 | 9,450 | 9,720 | 10,125 |
| Payroll Cost | 73,775 | 76,045 | 79,450 | 81,720 | 85,125 |
| | | | | | |
| Cleaning Supplies | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Laundry Supplies | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Towels | 350 | | 500 | | 600 |
| Guests Supplies | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Miscellaneous | 500 | 500 | 500 | 500 | 500 |
| Expenses | 12,350 | 12,000 | 12,500 | 12,000 | 12,600 |
| | | | | | |
| TOTAL EXPENSES | $86,125 | $88,045 | $91,950 | $93,720 | $97,725 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

### UTILITIES

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Electric Current | $185,000 | $187,000 | $189,000 | $191,000 | $193,000 |
| Fuel | 36,000 | 37,500 | 39,000 | 40,500 | 43,000 |
| Removal of Waste | 12,000 | 12,400 | 12,800 | 13,200 | 13,600 |
| Water & Sewer | 23,000 | 24,000 | 25,000 | 26,000 | 27,000 |
| Pump Station Clning | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| TOTAL UTLITIES | $258,500 | $263,400 | $268,300 | $273,200 | $279,100 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

### OCCUPANCY

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Member Bad Debts | $4,000 | $0 | $1,000 | $500 | $750 |
| Real Estate Taxes | 198,000 | 199,000 | 200,000 | 201,000 | 202,000 |
| Insurance | 72,000 | 73,000 | 74,000 | 75,000 | 76,000 |
| Worker's Comp. Ins. | 55,000 | 62,000 | 69,000 | 72,000 | 76,000 |
| Fire/Security Systms | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Legal expense | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Misc Occupancy | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| TOTAL OCCUPANCY | $363,000 | $368,000 | $378,000 | $382,500 | $388,750 |
| TOTAL UTIL/OCCUPANCY | $621,500 | $631,400 | $646,300 | $655,700 | $667,850 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

**REPAIR/MAINTENANCE**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Outside Contractors:** | | | | | |
| Building | $13,000 | $14,000 | $14,000 | $15,000 | $15,000 |
| Electrical/Elevator | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Mechanical | 4,000 | 3,000 | 4,000 | 4,000 | 4,000 |
| Environmental Cleanup | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Kitchen repairs | 3,000 | 3,000 | 3,500 | 3,500 | 4,000 |
| Plumbing | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Landscaping Clubhse | 500 | 500 | 500 | 500 | 500 |
| Duct Cleaning | 700 | 700 | 700 | 700 | 700 |
| Carpet Cleaning | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Window Cleaning | 300 | 300 | 300 | 300 | 300 |
| Total Outside Contractors | 31,500 | 31,500 | 33,000 | 34,000 | 34,500 |
| **Services** | | | | | |
| Heating/Cooling | 25,000 | 26,000 | 27,000 | 27,000 | 28,000 |
| Pest Control | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Newspaper Subscriptns | 200 | 200 | 200 | 200 | 200 |
| Music & Pager System | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Telephone Equipment | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Cable Service | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| phone/internet/e-mail | 17,000 | 18,000 | 18,500 | 19,000 | 19,500 |
| Total Services | 53,600 | 55,600 | 57,100 | 57,600 | 59,100 |
| **Supplies** | | | | | |
| Building Supplies | 6,000 | 6,500 | 7,000 | 7,500 | 8,000 |
| Plaques & Signs | 500 | 500 | 500 | 500 | 500 |
| pum sta & rugs/misc exp | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Supplies | 8,500 | 9,000 | 9,500 | 10,000 | 10,500 |
| **TOTAL R&M EXPENSES** | $93,600 | $96,100 | $99,600 | $101,600 | $104,100 |

## WOODCREST COUNTRY CLUB
## FISCAL YEAR COMPARISON

### REPAIR/MAINTENANCE

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Outside Contractors:** | | | | | |
| Building | $13,000 | $14,000 | $14,000 | $15,000 | $15,000 |
| Electrical/Elevator | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Mechanical | 4,000 | 3,000 | 4,000 | 4,000 | 4,000 |
| Environmental Cleanup | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Kitchen repairs | 3,000 | 3,000 | 3,500 | 3,500 | 4,000 |
| Plumbing | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Landscaping Clubhse | 500 | 500 | 500 | 500 | 500 |
| Duct Cleaning | 700 | 700 | 700 | 700 | 700 |
| Carpet Cleaning | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Window Cleaning | 300 | 300 | 300 | 300 | 300 |
| Total Outside Contractors | 31,500 | 31,500 | 33,000 | 34,000 | 34,500 |
| **Services** | | | | | |
| Heating/Cooling | 25,000 | 26,000 | 27,000 | 27,000 | 28,000 |
| Pest Control | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Newspaper Subscriptns | 200 | 200 | 200 | 200 | 200 |
| Music & Pager System | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Telephone Equipment | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Cable Service | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| phone/internet/e-mail | 17,000 | 18,000 | 18,500 | 19,000 | 19,500 |
| Total Services | 53,600 | 55,600 | 57,100 | 57,600 | 59,100 |
| **Supplies** | | | | | |
| Building Supplies | 6,000 | 6,500 | 7,000 | 7,500 | 8,000 |
| Plaques & Signs | 500 | 500 | 500 | 500 | 500 |
| pum sta & rugs/misc exp | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Supplies | 8,500 | 9,000 | 9,500 | 10,000 | 10,500 |
| **TOTAL R&M EXPENSES** | $93,600 | $96,100 | $99,600 | $101,600 | $104,100 |

WOODCREST COUNTRY CLUB
FISCAL YEAR COMPARISON

ADMIN & GENERAL

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Employee Costs** | | | | | |
| Payroll | $207,000 | $217,000 | $225,000 | $235,000 | $250,000 |
| Payroll Taxes | 27,945 | 29,295 | 30,375 | 31,725 | 33,750 |
| Employee Insur | 25,000 | 28,000 | 31,000 | 34,000 | 37,000 |
| Payroll Cost | 259,945 | 274,295 | 286,375 | 300,725 | 320,750 |
| **Other Expenses** | | | | | |
| Education Expense | 500 | 500 | 500 | 500 | 500 |
| Employment Advert | 500 | 500 | 500 | 500 | 500 |
| Computer Support | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Equip rental/repairs | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Payroll Service | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Bank Fees | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| cpa accrual | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Office Supplies | 14,000 | 15,000 | 15,500 | 16,000 | 16,500 |
| Board mtg expense | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Postage | 6,000 | 7,000 | 8,000 | 9,000 | 10,000 |
| Print/Stationery | 4,000 | 4,500 | 5,000 | 5,500 | 6,000 |
| Miscellaneous | 8,000 | 8,500 | 9,000 | 9,500 | 10,000 |
| Expenses | 77,500 | 80,500 | 83,000 | 85,500 | 88,000 |
| **TOTAL EXPENSES** | $337,445 | $354,795 | $369,375 | $386,225 | $408,750 |