**WARREN DISTRIBUTING CO. SOUTH**
★ A BANKO COMPANY
200 SOUTH ROUTE 73
U.S. BANKRUPTCY COURT, NEW JERSEY 08037
(609) 567-9660 • FAX (609) 567-9662
CAMDEN, NJ

2013 FEB 11  AM 10: 37

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

DATE: 2/8/13

TO: Bankruptcy Court Clerk

FROM: Warren Distributing Company South

RE: Case #12-22055 (Woodcrest Country Club)

Please be aware that we accidentally filed duplicate proof of claims for the above referenced case. Please withdraw Claim #4 and keep #70 on file.

Sorry for the error.

Janet Shapiro
Accounts Receivable Manager

*"Bank on Banko"*