Order Filed on
02/25/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael B. Schaedle (MS 7988)
Josef W. Mintz (JM 9145)
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5762
Fax:  (215) 832-5762
Schaedle@blankrome.com
Mintz@blankrome.com

*Proposed Counsel to Bonnie Glantz Fatell,*
*Chapter 11 Trustee*

In re:

 WOODCREST COUNTRY CLUB,

          Debtor.

Case No. 12-22055 (JHW)

Judge Judith H. Wizmur

Chapter 11

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF BLANK ROME LLP AS COUNSEL TO THE CHAPTER 11 TRUSTEE, *NUNC PRO TUNC* TO FEBRUARY 7, 2013**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: 02/25/2013**

_____
Honorable Judith H. Wizmur
United States Bankruptcy Court

(Page 2)

Debtor:   WOODCREST COUNTRY CLUB
Case No.:   12-22055 (JHW)
Caption of Order:   ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF BLANK ROME LLP AS COUNSEL TO THE CHAPTER 11 TRUSTEE, *NUNC PRO TUNC* TO FEBRUARY 7, 2013

Upon consideration of the *Application* (the "Application")[1] *of the Chapter 11 Trustee for Entry of an Order Pursuant to Sections 327(a), 328, 330 and 331 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 Authorizing the Employment of Blank Rome LLP* ("Blank Rome") *as Counsel to the Chapter 11 Trustee Nunc Pro Tunc to February 7, 2013*; and upon consideration of the Verified Statement of Michael B. Schaedle, Esq. (the "Schaedle Statement"), a partner in Blank Rome; and this Court being satisfied that Blank Rome represents no interest adverse to the Debtor or its estate with respect to the matters upon which it is to be engaged, that its attorneys are "disinterested persons" as that term is used in the Bankruptcy Code, that it has no connections with the Debtor, the Debtor's creditors, or any other party in interest, its respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set forth in the Schaedle Statement, and that its employment is necessary and in the best interests of this estate; and this Court finding that the terms of the proposed employment are fair and reasonable within the meaning of Bankruptcy Code § 328(a); and it appearing that due and proper notice of the Application has been provided and that no other or further notice need be given; and after due deliberation this Court having determined that the relief requested in the Application is in the best interest of the Debtor, its estate and creditors, and good and sufficient cause appearing therefore,

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Application.

2

*Approved by Judge Judith H. Wizmur February 25, 2013*

Debtor: WOODCREST COUNTRY CLUB
Case No.: 12-22055 (JHW)
Caption of Order: ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF BLANK ROME LLP AS COUNSEL TO THE CHAPTER 11 TRUSTEE, *NUNC PRO TUNC* TO FEBRUARY 7, 2013

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Pursuant to Bankruptcy Code §§ 327, 328, 330 and 331, Bankruptcy Rules 2014 and 2016, and Rule 2014-1 of the Local Rules, the Trustee is authorized and empowered to employ the firm of Blank Rome as counsel in this chapter 11 case, as of the Appointment Date.

3. The firm of Blank Rome shall make appropriate application to this Court for compensation and for reimbursement of expenses in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules and orders of this Court.

4. During the pendency of the Debtor's chapter 11 case, this Court shall retain jurisdiction with respect to any matter, claims, rights or disputes arising from or related to the implementation of this Order.

*Approved by Judge Judith H. Wizmur February 25, 2013*