## Schedule 2.3

None.  By way of further explanation, the Trustee has sought Bankruptcy Court approval to reject all executory contracts and unexpired leases known to the Trustee.  [*See* Dkt. Nos. 246 and 286].  The Trustee notes that two financing agreements, those of Textron Financial ("Textron") and PNC Equipment Finance ("PNC"), were listed on the Debtor's Schedule G [Dkt. No. 64].  The Trustee has reviewed the Textron and PNC agreements and concluded in her reasonable judgment that neither agreement requires rejection.  With respect to Textron, the Debtor's books and records provide some evidence that the agreement was paid in full by the Debtors following the Petition Date and the agreement has since expired on its own terms.  With respect to PNC, the proof of claim filed by PNC in the Bankruptcy Case indicates that the agreement was an unsecured financing agreement.

**Schedule 3.7**

None.

## **Schedule 3.8**

| **Plaintiff** | **Defendant** | **Case Number** | **Court** |
|---|---|---|---|
| Sun National Bank | Woodcrest Country Club | F-045718-10 | Superior Court of New Jersey, Camden County, Chancery Division |
| Sun National Bank | Woodcrest Country Club | CUM-L-000964-10 | Superior Court of New Jersey, Cumberland County, Law Division |
| Sun National Bank | Woodcrest Country Club | A-002805-11 | Superior Court of New Jersey, Appellate Division |