## UNITES STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Woodcrest Country Club, | Case No. 12-22055-JHW |
| Debtor(s). | |

## WITHDRAWAL OF CLAIM NO. 39

    I, Scott H. Marcus, counsel to creditor Larry W. Cohen, hereby withdraw Claim No. 39 in the above-referenced matter.

Dated: July 10, 2013

By:   /s/ Scott H. Marcus
Scott H. Marcus, Esq.
Scott H. Marcus & Associates
121 Johnson Road
Turnersville, NJ 08012
856-227-0800