Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                    Case No.: 12−22055−JHW
                    Chapter: 11
                    Judge: Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Woodcrest Country Club
    300 Evesham Road
    Cherry Hill, NJ 08003

Social Security No.:

Employer's Tax I.D. No.:
    21−0614314

---

## Notice That a Transcript Has Been Filed

      You are Noticed that a Transcript has been filed on 7/9/13. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court. If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: July 11, 2013
JJW:

                                                            James J. Waldron
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 12-22055-JHW
Woodcrest Country Club                                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: bjackson          Page 1 of 3                Date Rcvd: Jul 11, 2013
                              Form ID: tsntc          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2013.

```
db          #+Woodcrest Country Club,   300 Evesham Road,   Cherry Hill, NJ 08003-3301
aty          +Alan Felheimer,   Five Greentree Center,   Marlton, NJ 08053-3432
aty          +Alan M. Root,   One Logan Square,   Philadelphia, PA 19103-6933
aty          +Blank Rome, LLP,   One Logan Square,   Philadelpihia, PA 19103-6998
aty          +Diane E Vuocolo,   Greenberg Traurig, LLP,   2700 Two Commerce Square,   2001 Market Street,
               Philadelphia, PA 19103-7030,    US
aty          +Joseph P Davis,   Greenberg Traurig, LLP,   One International Place,   Boston, MA 02110-2600
aty          +Steven Angstreich,   Weir & Partners,   457 Haddonfield Road,   Suite 420,
               Cherry Hill, NJ 08002-2220
aty          +Victoria Guilfoyle,   1201 Market Street,   Suite800,   Wilmington, DE 19801-1147
aty          +Weir & Partners, LLP,   457 Haddonfield Road, Suite 420,   Cherry Hill, NJ 08002-2220
intp         +Arthur J Abramowitz,   Cozen O'Connor,   LibertyView, Suite 300,   457 Haddonfield Rd.,
               Cherry Hill, NJ 08002-2220
cr           +BET Funding, LLC,   c/o Jeffrey Kurtzman, Esquire,   Klehr Harrison Harvey Branzburg LLP,
               1835 Market Street,   Suite 1400,   Philadelphia, PA 19103-2945
intp         +Cherry Hill Township,   820 Mercer Street,   Cherry Hill, NJ 08002-2638
none         +Condon O'Meara McGinty & Donnelly, LLP,   One Davis Road,   PO Box 524,
               Valley Forge, PA 19481-0524
acc          +Executive Sounding Board,   1500 John F. Kennedy Blvd., Suite 1730,   Philadelphia, PA 19102-1748
intp         +Fred A. Ruttenberg,   Flaster Greenberg,   1810 Chapel Ave,   Cherry Hill, nj 08002-4618,
               UNITED STATES
cr           +Larry W. Cohen,   c/o Scott H. Marcus & Associates,   121 Johnson Road,
               Turnersville, NJ 08012-1758
app          +Laurence Hirsch,   925 Fayette Street,   Conshohoken, PA 19428-1559
app          +Laurence Hirsh,   925 Fayette Street,   Conshohocken, PA 19428-1559
intp          New Jersey Department of Environmental Protection,   25 Market Street,   P.O. Box 093,
               Trenton, NJ  08625-0093
cr           +Performance Golf Management LLC,   c/o Paul & Katz,   1103 Laurel Oak Road, Suite 105C,
               Voorhees, NJ 08043-4376
acc           SSG Capital Advisors, LLC,   Five Tower  Bridge,   300 Harbor Drive,   Suite 420,
               West Conshohocken, PA  19428
cr           +Samuels & Son Seafood Co., Inc.,   c/o Robert L. Saldutti, Esquire,   800 N Kings Highway,
               Suite 300,   Cherry Hill, NJ 08034-1511
cr           +Stephen Esposito,   429 White Horse Pike,   Haddon Heights, NJ 08035-1706
cr           +Warren Distributing Company South,   200 South Route 73,   Blue Anchor, NJ 08037-9566
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          +E-mail/Text: leah.bynon@usdoj.gov Jul 11 2013 20:56:55      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2013 20:56:53      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr            Fellheimer & Eichen LLP,   Fellheimer & Eichen LLP,   2 Liberty Place,   50 S 16th St,   Ste 3401,
               Philadelphia
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
 District/off: 0312-1          User: bjackson             Page 2 of 3                Date Rcvd: Jul 11, 2013
                               Form ID: tsntc             Total Noticed: 26
```

             ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2013**                          **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 0312-1          User: bjackson              Page 3 of 3           Date Rcvd: Jul 11, 2013
                              Form ID: tsntc              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2013 at the address(es) listed below:

              A. Fred Ruttenberg    on behalf of Interested Party Fred A. Ruttenberg
               fred.ruttenberg@flastergreenberg.com
              Adam D. Greenberg    on behalf of Interested Party David  Farber agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Alan  Fellheimer    on behalf of Creditor    Fellheimer & Eichen LLP alan@fellheimer.net
              Arthur  Abramowitz    on behalf of Interested Party Arthur J Abramowitz aabramowitz@cozen.com,
               dreyes@cozen.com
              Bonnie Glantz Fatell    fatell@blankrome.com
              Bonnie Glantz Fatell    on behalf of Trustee Bonnie Glantz Fatell fatell@blankrome.com
              Carol A. Slocum    on behalf of Accountant    Executive Sounding Board cslocum@klehr.com,
               lclark@klehr.com
              Chester A. Luszcz    on behalf of Creditor Stephen  Esposito luszcz@comcast.net,
               bluszcz@comcast.net
              Diane E. Vuocolo    on behalf of Creditor    Sun National Bank vuocolod@gtlaw.com
              Edward L. Paul    on behalf of Creditor    Performance Golf Management LLC elp@paulandkatzlaw.com,
               nicole@paulandkatzlaw.com;vgumpert@paulandkatzlaw.com
              Jeffrey  Kurtzman    on behalf of Creditor    BET Funding, LLC jkurtzma@klehr.com
              Jerrold S. Kulback    on behalf of Interested Party    Cherry Hil Land Associates, LLC
               jkulback@archerlaw.com
              Josef W. Mintz    on behalf of Trustee Bonnie Glantz Fatell mintz@blankrome.com
              Kenneth J. Schweiker, Jr.    on behalf of Creditor    Sun National Bank ,
               cmaccherone@brownconnery.com
              Kurt F. Gwynne    on behalf of Interested Party    Crestwood Property Group, LLC
               kgwynne@reedsmith.com
              Michael B. Schaedle    on behalf of Trustee Bonnie Glantz Fatell schaedle@blankrome.com
              Mitchell  Hausman    on behalf of U.S. Trustee    United States Trustee Mitchell.B.Hausman@usdoj.gov
              Raghu  Murthy    on behalf of Interested Party    New Jersey Department of Environmental Protection
               raghu.murthy@dol.lps.state.nj.us
              Robert L. Saldutti    on behalf of Creditor    Samuels & Son Seafood Co., Inc.
               rsaldutti@salduticollect.com, lmarciano@salduticollect.com
              Robert N. Wright, Jr.    on behalf of Interested Party    Cherry Hill Township
               rwright@chtownship.com, amcarpenter@chtownship.com
              Steven E. Angstreich    on behalf of Debtor    Woodcrest Country Club sangstreich@weirpartners.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William  Mackin    on behalf of Debtor    Woodcrest Country Club bill.mackin@verizon.net,
               mackinecf@gmail.com
                                                                                               TOTAL: 23