**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.:  12−22055−JHW
                            Chapter:  11
                            Judge:  Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Woodcrest Country Club
    300 Evesham Road
    Cherry Hill, NJ 08003

Social Security No.:

Employer's Tax I.D. No.:
    21−0614314

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Judith H. Wizmur on:

Date:       8/22/13
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Blank Rome LLP, Trustee's Attorney, period: 2/7/2013 to 6/6/2013

COMMISSION OR FEES
Fee: $534,669.70

EXPENSES
$37,162.20

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).


Dated: July 22, 2013
JJW: kvr

                                                                      James J. Waldron
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 12-22055-JHW
Woodcrest Country Club                                                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: kryan               Page 1 of 6              Date Rcvd: Jul 22, 2013
                              Form ID: 137              Total Noticed: 208

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2013.
```
db          #+Woodcrest Country Club,   300 Evesham Road,   Cherry Hill, NJ 08003-3301
aty          +Alan Felheimer,   Five Greentree Center,   Marlton, NJ 08053-3432
aty          +Alan M. Root,   One Logan Square,   Philadelphia, PA 19103-6933
aty          +Blank Rome, LLP,   One Logan Square,   Philadelpihia, PA 19103-6998
aty          +Diane E Vuocolo,   Greenberg Traurig, LLP,   2700 Two Commerce Square,   2001 Market Street,
               Philadelphia, PA 19103-7030,    US
aty          +Joseph P Davis,   Greenberg Traurig, LLP,   One International Place,   Boston, MA 02110-2600
aty          +Steven Angstreich,   Weir & Partners,   457 Haddonfield Road,   Suite 420,
               Cherry Hill, NJ 08002-2220
aty          +Victoria Guilfoyle,   1201 Market Street,   Suite800,   Wilmington, DE 19801-1147
aty          +Weir & Partners, LLP,   457 Haddonfield Road, Suite 420,   Cherry Hill, NJ 08002-2220
intp         +Arthur J Abramowitz,   Cozen O'Connor,   LibertyView, Suite 300,   457 Haddonfield Rd.,
               Cherry Hill, NJ 08002-2220
cr           +BET Funding, LLC,   c/o Jeffrey Kurtzman, Esquire,   Klehr Harrison Harvey Branzburg LLP,
               1835 Market Street,   Suite 1400,   Philadelphia, PA 19103-2945
none         +Condon O'Meara McGinty & Donnelly, LLP,   One Davis Road,   PO Box 524,
               Valley Forge, PA 19481-0524
acc          +Executive Sounding Board,   1500 John F. Kennedy Blvd., Suite 1730,   Philadelphia, PA 19102-1748
intp         +Fred A. Ruttenberg,   Flaster Greenberg,   1810 Chapel Ave,   Cherry Hill, nj 08002-4618,
               UNITED STATES
app          +Laurence Hirsch,   925 Fayette Street,   Conshohoken, PA 19428-1559
app          +Laurence Hirsh,   925 Fayette Street,   Conshohocken, PA 19428-1559
intp          New Jersey Department of Environmental Protection,   25 Market Street,   P.O. Box 093,
               Trenton, NJ  08625-0093
cr           +Performance Golf Management LLC,   c/o Paul & Katz,   1103 Laurel Oak Road, Suite 105C,
               Voorhees, NJ 08043-4376
acc           SSG Capital Advisors, LLC,   Five Tower  Bridge,   300 Harbor Drive,   Suite 420,
               West Conshohocken, PA  19428
cr           +Stephen Esposito,   429 White Horse Pike,   Haddon Heights, NJ 08035-1706
cr           +Warren Distributing Company South,   200 South Route 73,   Blue Anchor, NJ 08037-9566
513034932    +4 Telecomhelp, Inc.,   7 N. Five Points Road,   West Chester, PA 19380-4777
513034933    +4 Telecomhelp, Inc.,   882 S. Matlack Street,   West Chester, PA 19382-4502
513034934    +A. Esposito, Inc.,   1001 S. 9th Street,   Philadelphia, PA 19147-4706
513034936     AETNA,   P.O. Box 7247-0233,   Philadelphia, PA 19170-0233
513034935    +Addie Rose,   37 Clementon Road,   Berlin, NJ 08009-1205
513034937    +Air-Vent Duct Cleaning, Inc.,   100 S. Main Street,   Ambler, PA 19002
513034940    +Allied Beverage Group, LLC,   P.O. Box 5090,   Mount Laurel, NJ 08054-5090
513034941    +Amerihealth ACasualty Services,   1717 Arch Street,   Philadelphia, PA 19103-2713
513034942    +Amoroso's Baking Company,   P.O. Box 1226,   Lansdowne, PA 19050-8226
513034943    +Anne Marie Richter,   54 Fries Lane,   Cherry Hill, NJ 08003-2506
513402169    +Ashley Foods,   Morris & Adelman, P.C.,   P.O. Box 30477,   Philadelphia PA 19103-8477
513034944     Ashley Foods, Inc.,   134 W. Venango Street,   Philadelphia, PA 19140
513034945    +Attorney General,   United States Department of Justice,   Ben Franklin Station,   P.O. Box 683,
               Washington, DC 20044-0683
513034946     Bank Direct,   P.O. Box 660448,   Dallas, TX 75266-0448
513034948    +Bassetts Ince Cream,   1211 Chestnut Street,   Philadelphia, PA 19107-4114
513034949     Berma Corporation,   1206 Heron Road,   Cherry Hill, NJ 08003
513034950    +Bisgaier Hoff LLC,   21 Tanner Street,   Haddonfield, NJ 08033-2403
513110016    +Broadview Networks,   500 7th Avenue,   2nd Floor,   New York, NY 10018-4502
513034951    +Broadview Networks,   P.O. Box 1191,   Port Chester, NY 10573-8191
513034952     Camden County MUA,   P.O. Box 1105,   Bellmawr, NJ 08099-5105
513034953    +Capital Specialisties,   15 Commerce Blvd.,   West Grove, PA 19390-9185
513034954    +Carol Redmond,   Cherry HIll Township Tax Collector,   820 Mercer Street,   Room 108,
               Cherry Hill, NJ 08002-2638
513034955     Catholic Star Herald,   16 N. 7th Street,   Camden, NJ 08102
513034956     Cherry Hill Electric,   14 Democrat Way, Suite 16,   Cherry Hill, NJ 08002
513034957    +Cherry Hill Township,   620 Mercer Street,   Cherry Hill, NJ 08002-2634
513895699    +Cherry Hill Township,   820 Mercer Street,   Cherry Hill, NJ 08002-2638
513034958    +Classic Cake,   823 East Gate Drive,   Mount Laurel, NJ 08054-1202
513034959    +Classic Chemicals,   P.O. Box 175,   Reisterstown, MD 21136-0175
513034960     Cleveland Golf,   P.O. Box 7270,   Newport Beach, CA 92658-7270
513034961     Club System Group,   Lock Box 2476,   Philadelphia, PA 19178-3476
513034962     Comcast,   P.O. Box 3006,   Southeastern, PA 19398-3006
513034963    +Confires Fire Protection,   P.O. Box 784,   South Plainfield, NJ 07080-0784
513034964    +Conroy's Corner,   800 S. White Horse Pike,   Somerdale, NJ 08083-1248
513034965    +Creekside Printing,   1175 David Road,   Elgin, IL 60123-1315
513034966    +Crestmark Financial Corp,   P.O. Box 5935,   Drawer #1270,   Troy, MI 48007-5935
513534347    +Crestwood Property Group, LLC,   c/o Kurt F. Gwynne, Esquire,   Reed Smith LLP,
               1201 Market Street, Suite 1500,   Wilmington, DE 19801-1163
513840632    +DelVel Chem Company,   c/o Steve Pollack,   PO Box 67,   Medford, NJ 08055-0067
513034968     Department of Labor & Workforce,   Division of Employer Accounts,   John Fitch Plaza,
               P.O. Box 110,   Trenton, NJ 08625-0110
513034970    +Diamon Chemcial Supply,   524 S. Walnut Street Plaza,   Wilmington, DE 19801-5243
513034971    +Diane's La Patisserie,   405 Bloomfield Drive,   West Berlin, NJ 08091-2408
```

```
District/off: 0312-1          User: kryan              Page 2 of 6             Date Rcvd: Jul 22, 2013
                              Form ID: 137             Total Noticed: 208

513034973     +Ehrlich,    600 Deer Road,    Cherry Hill, NJ 08034-1450
513034974     +Ellis Coffee Company,    Lockbox 6926,    Philadelphia, PA 19132-0926
513034975      Employment Security Agency,    CN-077,    Trenton, NJ 08625
513034976     +Event Rentals,    2096 Springdale Road,    Cherry Hill, NJ 08003-2046
513034978     +F.A.S.T. Service, Inc.,    2010-38 Wheatsheaf Lane,    Philadelphia, PA 19124-5027
513034977      Faraco Knife & Slicer Co.,    P.O. Box 42,    Pennsburg, PA 18073-0042
513034979      Federal Wine & Liquor,    P.O. Box 519,    Kearny, NJ 07032-0519
513445232     +Fedway Associates, Inc.,    Raff & Masone, P.A.,    1081 Avenue C,    Bayonne, NJ 07002-3345
513034980     +Felheimer & Eichen LLP,    50 S. 16th St. 34th Floor,    Philadelphia, PA 19102-2516
513123910     +Fellheimer & Eichen LLP,    2 Liberty Place,    50 S 16th St; Ste 3401,
                Philadelphia, PA 19102-2562
513034981     +Fore Supply Co.,    1205 Capital Drive,    Addison, IL 60101-5309
513034982      GK Electric,    1834 Byberry Road,    Huntingdon Valley, PA 19006
513034983     +Golf Car Specialties, LLC,    126 Industrial Pkwy,    Pottstown, PA 19464-3485
513034984      Golfballsonly.com,    420 Denison Street,    Markham Ontario
513034986     +Harold G. Cohen, Esquire,    Dilworth Paxson LLP,    457 Haddonfield Road,    Suite 700,
                Cherry Hill, NJ 08002-2221
513034987      Hilger Flick & Co.,    P.O. Box 524,    Valley Forge, PA 19481-0524
513034988      Home Depot,    P.O. Box 6029,    The Lakes, NV 88901-6029
513034989      Horizon Blue Cross,    Three Penn Plaza East,    Newark, NJ 07105-2200
513034990     +Hutchison,    621 Chapel Avenue,    Cherry Hill, NJ 08034-1422
513034991     +Imagewear International,    P.O. Box 329,    New Kensington, PA 15068-0329
513034992     +Important Papers, Inc.,    2060 Springdale Road,    Cherry Hill, NJ 08003-2062
513034993      Independence Communications,    P.O. Box 7519,    Philadelphia, PA 19101-7519
513034994     +Industrial Paper Supply,    2425 Maryland Road,    Willow Grove, PA 19090-1710
513034995     +Innovative Promotions,    435 N. 3rd Street,    Hammonton, NJ 08037-1767
513034997     +Irvin Richter,    54 Fries Lane,    Cherry Hill, NJ 08003-2506
513034998      J. Ambrogi Food Dist,    1400 Metropolitan Avenue,    Thorofare, NJ 08086
513656314     +JC Ehrlich Pest Control,    PO Box 13848,    Uyonissig, PA 19612-3848
513034999      Julius Silver, Inc.,    P.O. Box 824557,    Philadelphia, PA 19182-4552
513035001     +KDI/Keystone Digital Imaging,    P.O. Box 1810,    Media, PA 19063
513035000     +Karen St. Angelo,    300 E. Evesham Road,    Cherry Hill, NJ 08003-3301
513035002     +Kerry Tucker,    301 Commerce Drive,    Moorestown, NJ 08057-4215
513035003      Kramer Beverage Co.,    181 S. 2nd Road,    Hammonton, NJ 08037
513035007      LG Schmidt & Sons,    121 Eaton Way,    Mount Laurel, NJ 08054
513676951     +Larry W. Cohen,    c/o Scott H. Marcus & Associates,    121 Johnson Road,
                Turnersville, NJ 08012-1758
513035004      Laurel Creek Country Club,    701 Moorestown Centerton Road,    Mount Laurel, NJ 08054
513035005     +Leisure Creations,    P.O. Box 88,    Russellville, AL 35653-0088
513035006     +Leone’s Meats, Inc.,    2401 S. 28th Street,    Philadelphia, PA 19145-4001
513866969     +Libby Lisker Rayden,    931 Society Hill Blvd.,    Cherry Hill, NJ 08003-2403
513035008     +Linwood Country Club,    500 Shore Road,    Linwood, NJ 08221-2512
513035009     +Liscio’s Italian Bakery,    130 S. Delsea Drive,    Glassboro, NJ 08028-2605
513035010     +Little Mill Country Club,    104 Borton Road,    Marlton, NJ 08053-9730
513035012     +LuLu Country Club,    1600 Limekiln Pike,    North Hills, PA 19038-1299
513035014      MCI,    P.O .Box 856053,    Louisville, KY 40285-6053
513840636     +Marc Levin,    502 Fireside Lane,    Cherry Hill, NJ 08003-3420
513035013     +Maschmeyer Karalis, PC,    1900 Spruce Street,    Philadelphia, PA 19103-6697
513035015     +Meadowland Country Club,    711 Boehrs Church Road,    Blue Bell, PA 19422-1718
513833984     +Medford Lakes Country Club,    PO Box 600,    Medford Lakes, NJ 08055-0600
513035016     +Meier & Dutch,    1911 Spillman Drive,    Bethlehem, PA 18015-2029
513035017     +Metro Elevator Co., Inc.,    211 Carter Drive, Suite F,    West Chester, PA 19382-4501
513035018     +Metropolitan Fire Protection,    460 Parkway,    Broomall, PA 19008-4201
513062819     +Metropolitan Fire Protection Co Inc,    460 Park Way,    Broomall PA 19008-4201
513035025      NJDEP Site Remediation,    P.O. Box 417,    Trenton, NJ 08646-0417
513035026      NJDEP Water Allocation,    P.O. Box 417,    Trenton, NJ 08646-0417
513889960     +Neil Little,    206 Midland Ave,    Wayne, PA 19087-4109
513035019     +Nelbud,    P.O. Box 271,    Egg Harbor City, NJ 08215-0271
513035020      New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
                25 Market Street, P.O. Box 112,    Trenton, NJ 08625-0112
513550503      New Jersey Department of Environmental Protection,    c/o Raghu Murthy, DAG,    25 Market Street,
                P.O. Box 093,    Trenton, NJ 08625-0093
513035021      New Jersey Department of Labor,    Benefit Payment Control,    PO Box 951,    Trenton, NJ 08625-0951
513035023      New Jersey Water,    P.O. Box 371331,    Pittsburgh, PA 15250-7331
513035024     +New Opportunity Publishing,    7025 Central Highway,    Pennsauken, NJ 08109-4312
513035027     +Office of Attorney General,    Hughes Justice Complex,    P.O. Box 080,    25 W. Market Street,
                Trenton, NJ 08611-2148
513035035      PNC Equipment Finance,    P.O. Box 931034,    Cleveland, OH 44193-0004
513281615     +PNC Equipment Finance, LLC,    995 Dalton Avenue,    Cincinnati, OH 45203-1100
513035038      PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
513035028     +Paul Mainardi, Esquire,    Brown & Connery, LLP,    6 N Broad St,    #100,    Woodbury, NJ 08096-4635
513035029      Pepsi Cola National,    P.O. Box 75948,    Chicago, IL 60675-5948
513035030     +Performance Golf Management,    PO Box 628,    Cherry Hill, NJ 08003-0628
513868926     +Performance Golf Management LLC,    c/o Paul & Katz, P.C.,    1103 Laurel Oak Road, Suite 105C,
                Voorhees, NJ 08043-4376
513035031     +Philadelphia Bakery,    P.O. Box 723,    Drexel Hill, PA 19026-7723
513035032      Ping,    P.O. Box 52450,    Phoenix, AZ 85072-2450
513035033      Pitney Bowes Global Fin Serv,    P.O. Box 371887,    Pittsburgh, PA 15250-7887
513035036     +Princeton Hydro,    1108 Old York Road,    P.O. Box 720,    Ringoes, NJ 08551-0720
513035037      Protag America, Inc.,    16 Barclay Hills Drive,    Wilmington, NC 28405-3338
```

```
District/off: 0312-1            User: kryan                Page 3 of 6                   Date Rcvd: Jul 22, 2013
                                Form ID: 137               Total Noticed: 208


513035039     +R&R Marketing LLC,    2900 E State Street,    Trenton, NJ 08619-4504
513035042     +RJ Shepard Co.,    P.O. Box 169 Whitman,    Whitman, MA 02382-0169
513035040     +Republic Waste Services,    P.O. Box 900-1099,    Louisville, KY 40290-1099
513035041     #+River & Glen LLC,    390 Nina Way,    Warminster, PA 18974-2836
513035043     +Rubinstein's,    250 E. Market Street,    West Chester, PA 19382-2790
513035047      SCNS Sports Foods,    4800 Arrown Hwy,    Montclair, CA 94783-1205
513035022     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankr. Unit,    50 Barrack Street, 9th Floor,    P.O. Box 245,
                 Trenton, NJ 08646)
513836266     +Sal Jacobs Plumbing & Heating Inc.,    575 N. 2nd Road,    Hammonton, NJ 08037-8613
513035045     +Samuel's & Sons Seafood,    3407 S. Lawrence Street,    Philadelphia, PA 19148-5615
513278644     +Samuels & Son Seafood Co., Inc.,    c/o Robert L. Saldutti, Esquire,
                800 N Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
513035046      Saucon Valley Country Club,    2050 Saucon Valley Road,    Bethlehem, PA 18015-9000
513035048     +Seashore Fruit & Produce,    P.O. Box 1819,    Atlantic City, NJ 08404-1819
513035049     +Simplex Grinell,    283 Gibraltar,    Horsham, PA 19044-2305
513735297      State of NJ,    Division of Employer Accounts,    PO Box 379,    Trenton, NJ 08625-0379
513035053      State of New Jersey,    Dept. of Labor & Workforce Development,    2 Riverside Drive, 3rd Floor,
                Camden, NJ 08103
513035055      State of New Jersey,    Bureau Boiler Inspec,    P.O. Box 392,    Trenton, NJ 08625-0392
513035051     +State of New Jersey,    Sales & Use Tax Division,    50 Barrack Street,    CN-629,
                Trenton, NJ 08646-0001
513035054      State of New Jersey,    Division of Revenue,    PO Box 262,    Trenton, NJ 08646-0262
513035052      State of New Jersey,    Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
513035057     +State of New Jersey Department of Labor,    and Workforce Development,    P.O. Box 389,
                Trenton, NJ 08625-0389
513035056      State of New Jersey Department of Labor,    PO Box 394,    Trenton, NJ 08625-0394
513035058      Sterns & Weinroth,    50 West State Street,    Suite 1400,    PO Box 1298,    Trenton, NJ 08607-1298
513035059     +Steven Angstreich, Esquire,    Weir & Partners, LLP,    457 Haddonfield Road,    Suite 420,
                Cherry Hill, NJ 08002-2220
513035061     +Sun National Bank,    350 Fellowship Road,    Suite 101,    Mount Laurel, NJ 08054-1201
513035060     +Sun National Bank,    226 Landis Avenue,    Vineland, NJ 08360-8142
513035062      Super Laundry,    300 N. Furnace Street, Building 1,    Birdsboro, PA 19508
513035064     +Sysco Foods,    600 Packer Avenue,    Philadelphia, PA 19148-5304
513035065     +Tavistock Country Club,    100 Tavistock Lane,    Haddonfield, NJ 08033-3602
513035066      Taylor-Made Adidas Golf,    P.O. Box 406043,    Atlanta, GA 30384-6043
513839593     +The Bagel Spot,    600 N Kings Hwy,    Cherry Hill, NJ 08034-1589
513035067      The Hartford,    P.O. Box 8500-3690,    Philadelphia, PA 19178-3690
513035068     +The Lipsitt Group,    9885 E Bayou Hills Lane,    Parker, CO 80134-5109
513035069     +The Party Place,    1651 Sicklerville Road,    Sicklerville, NJ 08081-1337
513035070      The Riverton Country Club,    1418 Highland Avenue,    Riverton, NJ 08077
513035071      Total Linen Care,    4 Peachtree Lane,    Erial, NJ 08081
513035072      Town Talk,    P.O. Box 58157,    Louisville, KY 40268-0157
513035073      Tri-C Club Supply,    32615 Park Lane Avenue,    Garden City, MI 48135-1528
513848288      UGI Energy Services, Inc.,    Suite 2C01,    Imeridian Blvd.,    Wyomissing, PA 19610
513035074     +UGI Engergy Services,    P.O. Box 409973,    Philadelphia, PA 19182-0001
513303095     +Underwood Engineering Inc,    143 Harding Avenue,    Bellmawr NJ 08031-2430
513035076     +Utz Quality Foods,    900 High Street,    Hanover, PA 17331-1639
513035077     +Vector Security,    5125 Campus Drive,    Plymouth Meeting, PA 19462-1129
513035078     +Verizon,    P.O. Box 4833,    Trenton, NJ 08650-4833
513035079     +Vision Perfect Software,    1875 W. 12600 South,    Riverton, UT 84065-7044
513035080     +VoIP Networks,    1951 Old Cuthbert Road, Ste. 206,    Cherry Hill, NJ 08034-1411
513035081     +Voorhees Hardware,    508 Haddonfield Berline Road,    Voorhees, NJ 08043-1415
513652818     +WWT, Inc DBA Voipnetworks,    VoIPNetworks,    1951 Old Cuthbert Road Ste,
                Cherry Hill, NJ 08034-1411
513035082     +Warren Distrubtion South,    200 South Route 73,    Blue Anchor, NJ 08037-9566
513035084     +Whitford Country Club,    600 Whitford Hills Road,    Exton, PA 19341-2097
513035085     +Yamaha Motor Corp,    Dept CH 14022,    Palatine, IL 60055-0001
513164233     +Yamaha Motor Corporation,    Attn: Commercial Customer Finance,    6555 Katella Ave,
                Cypress CA 90630-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 smg            E-mail/Text: cio.bncmail@irs.gov Jul 22 2013 22:43:47     Dist Dir of IRS,    Insolvency Function,
                PO Box 724,    Springfield, NJ  07081-0724
 smg           +E-mail/Text: leah.bynon@usdoj.gov Jul 22 2013 22:47:30     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
 smg            E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 22 2013 22:47:28     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513076552     +E-mail/Text: specialcollections@acushnetgolf.com Jul 22 2013 22:47:12     Acushnet Company,
                PO Box 965,    Fairhaven MA 02719-0965
513034938      E-mail/Text: ndiv.bkrpt.notice@airgas.com Jul 22 2013 22:47:24     AirGas East,    P.O. Box 827049,
                Philadelphia, PA 19182-7049
513034947      E-mail/Text: wendy@barnellinc.com Jul 22 2013 22:48:08     Barnell, Inc.,    5101 Comly Street,
                Philadelphia, PA 19135-4317
513034967      E-mail/Text: kevin.oclaire@cutterbuck.com Jul 22 2013 22:47:10     Cutter & Buck,
                P.O. Box 34855,    Seattle, WA 98124-1855
```

```
District/off: 0312-1          User: kryan              Page 4 of 6              Date Rcvd: Jul 22, 2013
                              Form ID: 137             Total Noticed: 208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513088825      +E-mail/Text: kevin.oclaire@cutterbuck.com Jul 22 2013 22:47:10      Cutter Buck,
                 701 N. 34th St STE 400,    Seattle WA 98103-3415
513034969       E-mail/Text: cio.bncmail@irs.gov Jul 22 2013 22:43:47      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
513034972       E-mail/Text: bankruptcynotices@ecolab.com Jul 22 2013 22:47:24      EcoLab,   P.O. Box 905237,
                 Charlotte, NC 28290-5327
513034985       E-mail/Text: scd_bankruptcynotices@grainger.com Jul 22 2013 22:47:29      Grainger,
                 Dept 542-843830209,    Palatine, IL 60038-0001
513034996       E-mail/Text: cio.bncmail@irs.gov Jul 22 2013 22:43:47      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
513035011       E-mail/PDF: gecsedi@recoverycorp.com Jul 22 2013 22:54:06      Lowe’s Business Account,
                 P.O. Box 530970,    Atlanta, GA 30353-0970
513273710      +E-mail/Text: CSC.BANKRUTCYPROCESSING@AMWATER.COM Jul 22 2013 22:46:20
                 New Jersey American Water,    PO Box 578,    Alton IL 62002-0578
513140579      +E-mail/Text: rahim.hulandel@pseg.com Jul 22 2013 22:45:15       PSE&G,    PO Box 490,
                 Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
513755335      +E-mail/Text: bankruptcy@pb.com Jul 22 2013 22:46:13      Pitney Bowes Global Financial Services,
                 27 Waterview Drive,    Shelton, CT 06484-4301
513148007      +E-mail/Text: bankruptcy@pb.com Jul 22 2013 22:46:14      Pitney Bowes Inc,
                 4901 Belfort Rd, Ste 120,    Jacksonville FL 32256-6016
513035034       E-mail/Text: bankruptcy@pb.com Jul 22 2013 22:46:14      Pitney Bowes Purchase Power,
                 P.O. Box 856042,    Louisville, KY 40285-6042
513035044      +E-mail/Text: bankruptcy@safety-kleen.com Jul 22 2013 22:46:58      Safety-Kleen,   P.O. Box 382066,
                 Pittsburgh, PA 15250-8066
513349395      +E-mail/Text: bankruptcy@simplexgrinnell.com Jul 22 2013 22:47:40      Simplex Grinnell,
                 50 Technology Drive,    Westminster, MA 01441-0001
513035063      +E-mail/Text: rmbncreports@supermedia.com Jul 22 2013 22:47:33      Super Media,   P.O. Box 619009,
                 Dallas, TX 75261-9009
513035075      +E-mail/Text: leah.bynon@usdoj.gov Jul 22 2013 22:47:30      United States Attorney,
                 Peter Rodino Federal Building,    970 Broad Street, Suite 700,    Newark, NJ 07102-2527
513035083      +E-mail/Text: vherold@clubglove.com Jul 22 2013 22:47:25      West Coast Trends, Inc.,
                 17811 Jamestown Lane,    Huntington Beach, CA 92647-7136
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fellheimer & Eichen LLP,    Fellheimer & Eichen LLP,    2 Liberty Place,   50 S 16th St,   Ste 3401,
                 Philadelphia
intp*          +Cherry Hill Township,    820 Mercer Street,   Cherry Hill, NJ 08002-2638
cr*            +Larry W. Cohen,    c/o Scott H. Marcus & Associates,    121 Johnson Road,
                 Turnersville, NJ 08012-1758
cr*            +Samuels & Son Seafood Co., Inc.,    c/o Robert L. Saldutti, Esquire,    800 N Kings Highway,
                 Suite 300,    Cherry Hill, NJ 08034-1511
513310227*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Department of Treasury,    Division of Taxation,
                 PO Box 245,    Trenton, NJ 08695-0245)
513034939      ##+Alan S. Fellheimer, Esquire,    Fellheimer & Eichen, LLP,    1800 J.F.K. Blvd,   Suite 1400,
                 Philadelphia, PA 19103-7417
513035050      ##South Jersey Gas Co.,    P.O. Box 3121,    Southeastern, PA 19398-3121
513035086      ##+Zimmerman Sanitary Supply, LLC,    110 Industrial Drive,    Pottstown, PA 19464-3406
                                                                                         TOTALS: 1, * 4, ## 3

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
 District/off: 0312-1          User: kryan               Page 5 of 6              Date Rcvd: Jul 22, 2013
                               Form ID: 137              Total Noticed: 208
```

                ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2013**           **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0312-1           User: kryan              Page 6 of 6               Date Rcvd: Jul 22, 2013
                               Form ID: 137             Total Noticed: 208
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2013 at the address(es) listed below:

```
          A. Fred Ruttenberg    on behalf of Interested Party Fred A. Ruttenberg
           fred.ruttenberg@flastergreenberg.com
          Adam D. Greenberg    on behalf of Interested Party David  Farber agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Alan  Fellheimer    on behalf of Creditor    Fellheimer & Eichen LLP alan@fellheimer.net
          Arthur  Abramowitz    on behalf of Interested Party Arthur J Abramowitz aabramowitz@cozen.com,
           dreyes@cozen.com
          Bonnie Glantz Fatell    fatell@blankrome.com
          Bonnie Glantz Fatell    on behalf of Trustee Bonnie Glantz Fatell fatell@blankrome.com
          Carol A. Slocum    on behalf of Accountant    Executive Sounding Board cslocum@klehr.com,
           lclark@klehr.com
          Chester A. Luszcz    on behalf of Creditor Stephen  Esposito luszcz@comcast.net,
           bluszcz@comcast.net
          Diane E. Vuocolo    on behalf of Creditor    Sun National Bank vuocolod@gtlaw.com
          Edward L. Paul    on behalf of Creditor    Performance Golf Management LLC elp@paulandkatzlaw.com,
           nicole@paulandkatzlaw.com;vgumpert@paulandkatzlaw.com
          Jeffrey  Kurtzman    on behalf of Creditor    BET Funding, LLC jkurtzma@klehr.com
          Jerrold S. Kulback    on behalf of Interested Party    Cherry Hil Land Associates, LLC
           jkulback@archerlaw.com
          Josef W. Mintz    on behalf of Trustee Bonnie Glantz Fatell mintz@blankrome.com
          Kenneth J. Schweiker, Jr.    on behalf of Creditor    Sun National Bank ,
           cmaccherone@brownconnery.com
          Kurt F. Gwynne    on behalf of Interested Party    Crestwood Property Group, LLC
           kgwynne@reedsmith.com
          Michael B. Schaedle    on behalf of Trustee Bonnie Glantz Fatell schaedle@blankrome.com
          Mitchell  Hausman    on behalf of U.S. Trustee    United States Trustee Mitchell.B.Hausman@usdoj.gov
          Raghu  Murthy    on behalf of Interested Party    New Jersey Department of Environmental Protection
           raghu.murthy@dol.lps.state.nj.us
          Robert L. Saldutti    on behalf of Creditor    Samuels & Son Seafood Co., Inc.
           rsaldutti@salduttiollect.com, lmarciano@salduttiollect.com
          Robert N. Wright, Jr.    on behalf of Interested Party    Cherry Hill Township
           rwright@chtownship.com, amcarpenter@chtownship.com
          Scott H. Marcus    on behalf of Creditor Larry W. Cohen smarcus@marcuslaw.net,
           kshaffer@marcuslaw.net
          Steven E. Angstreich    on behalf of Debtor    Woodcrest Country Club sangstreich@weirpartners.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William  Mackin    on behalf of Debtor    Woodcrest Country Club bill.mackin@verizon.net,
           mackinecf@gmail.com
                                                                                               TOTAL: 24
```