U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2013 AUG 22 PM 1:13

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael B. Schaedle (MS 7988)
Josef W. Mintz (JM 9145)
Alan M. Root (admitted *pro hac vice*)
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5762
Fax: (215) 832-5762
Schaedle@blankrome.com
Mintz@blankrome.com

*Counsel to Bonnie Glantz Fatell, Chapter 11 Trustee*

In re:

WOODCREST COUNTRY CLUB,

                 Debtor.

Case No. 12-22055 (JHW)

Judge Judith H. Wizmur

Chapter 11

## ORDER ALLOWING FIRST AND FINAL FEE APPLICATION OF BLANK ROME LLP AS COUNSEL TO BONNIE GLANTZ FATELL, CHAPTER 11 TRUSTEE OF WOODCREST COUNTRY CLUB FOR THE PERIOD OF FEBRUARY 7, 2013 THROUGH JUNE 6, 2013

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

8/22/13

140630.01600/40207824v.2

Page: 2
Debtor: Woodcrest Country Club
Case No.: 12-22055 (JHW)
Caption: Order Allowing First And Final Fee Application Of Blank Rome LLP As Counsel To Bonnie Glantz Fatell, Chapter 11 Trustee Of Woodcrest Country Club For The Period Of February 7, 2013 Through June 6, 2013

---

**THIS MATTER** having been brought before the Court by Blank Rome LLP ("Blank Rome"), upon its *First and Final Fee Application of Blank Rome LLP as Counsel to Bonnie Glantz Fatell, Chapter 11 Trustee of Woodcrest Country Club for the Period of February 7, 2013 Through June 6, 2013* filed on July 19, 2013 (the "Application") seeking approval on a final basis of compensation for services rendered in the amount of $534,669.70 and disbursements in the amount of $37,162.20; and upon adequate notice to all parties in interest and the Court having considered all papers submitted, and for good cause shown:

**IT IS ORDERED** that the Application is **GRANTED**; and

**IT IS ORDERED** that the professional services rendered by Blank Rome to the Trustee be and hereby is approved on a final basis in the amount of $534,669.70 and the reasonable and necessary expenses incurred by Blank Rome in the course of representing the Trustee be, and hereby is approved on a final basis in the amount of $37,162.20 for the period of February 7, 2013 Through June 6, 2013; and

**IT IS ORDERED** that, pursuant to the agreed fee cap of Blank Rome as set forth in the Trustee's confirmed Second Amended Plan of Reorganization, as amended on the record at the May 24, 2013 hearing to consider confirmation of the Second Amended Plan, in full satisfaction of the amounts approved by this Order, the Trustee shall remit payment of $487,500.00 to Blank Rome within ten (10) days of the entry of this Order.

140630.01600/40207824v.2