U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2013 AUG 22 PM 1: 13

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael B. Schaedle (MS 7988)
Josef W. Mintz (JM 9145)
Alan M. Root (admitted *pro hac vice*)
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5762
Fax:  (215) 832-5762
Schaedle@blankrome.com
Mintz@blankrome.com

*Counsel to Bonnie Glantz Fatell, Chapter 11
Trustee*

In re:

WOODCREST COUNTRY CLUB,

                    Debtor.

Case No. 12-22055 (JHW)

Judge Judith H. Wizmur

Chapter 11

## ORDER ALLOWING FIRST AND FINAL FEE APPLICATION OF EXECUTIVE SOUNDING BOARD ASSOCIATES, INC., AS FINANCIAL ADVISOR TO BONNIE GLANTZ FATELL, CHAPTER 11 TRUSTEE OF WOODCREST COUNTRY CLUB FOR THE PERIOD OF FEBRUARY 8, 2013 THROUGH JUNE 6, 2013

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

8/22/13

Page:        2
Debtor:      Woodcrest Country Club
Case No.:    12-22055 (JHW)
Caption:     ORDER ALLOWING FIRST AND FINAL FEE APPLICATION OF EXECUTIVE SOUNDING
             BOARD ASSOCIATES, INC., AS FINANCIAL ADVISOR TO BONNIE GLANTZ FATELL,
             CHAPTER 11 TRUSTEE OF WOODCREST COUNTRY CLUB FOR THE PERIOD OF
             FEBRUARY 8, 2013 THROUGH JUNE 6, 2013

**THIS MATTER** having been brought before the Court by Executive Sounding Board

Associates, Inc. ("ESBA"), upon its *First and Final Fee Application of Executive Sounding*

*Board Associates, Inc., as Financial Advisor to Bonnie Glantz Fatell, Chapter 11 Trustee of*

*Woodcrest Country Club For The Period of February 8, 2013 Through June 6, 2013* filed on

July 19, 2013 (the "Application") seeking approval on a final basis of compensation for services

rendered in the amount of $184,634.75 and disbursements in the amount of $3,565.17; and upon

adequate notice to all parties in interest and the Court having considered all papers submitted,

and for good cause shown:

    **IT IS ORDERED** that the Application is **GRANTED**; and

    **IT IS ORDERED** that the professional services rendered by ESBA to the Trustee be and

hereby are approved on a final basis in the amount of $184,634.75 and the reasonable and

necessary expenses incurred by ESBA in the course of advising the Trustee be, and hereby are

approved on a final basis in the amount of $3,565.17 for the period of February 8, 2013 through

June 6, 2013; and

    **IT IS ORDERED** that, pursuant to the agreed fee cap of ESBA as set forth in the

Trustee's confirmed Second Amended Plan of Reorganization, as amended on the record at the

May 24, 2013 hearing to consider confirmation of the Second Amended Plan, in full satisfaction

of the amounts approved by this Order, the Trustee shall remit payment of $130,000.00 to ESBA

within ten (10) days of the entry of this Order.

140630.01600/22237249v.1