U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2013 AUG 22  PM 1: 13

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael B. Schaedle (MS 7988)
Josef W. Mintz (JM 9145)
Alan M. Root (admitted *pro hac vice*)
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5762
Fax:  (215) 832-5762
Schaedle@blankrome.com
Mintz@blankrome.com

*Counsel to Bonnie Glantz Fatell, Chapter 11
Trustee*

In re:

WOODCREST COUNTRY CLUB,

                         Debtor.

Case No. 12-22055 (JHW)

Judge Judith H. Wizmur

Chapter 11

## ORDER ALLOWING FIRST AND FINAL FEE APPLICATION OF SSG CAPITAL ADVISORS, LLC, AS INVESTMENT BANKER, FOR THE PERIOD OF FEBRUARY 11, 2013 THROUGH MAY 31, 2013

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

8/22/13

140630.01600/22237236v.1

Page:      2
Debtor:    Woodcrest Country Club
Case No.:  12-22055 (JHW)
Caption:   ORDER ALLOWING FIRST AND FINAL FEE APPLICATION OF SSG CAPITAL ADVISORS,
           LLC, AS INVESTMENT BANKER, FOR THE PERIOD OF
           FEBRUARY 11, 2013 THROUGH MAY 31, 2013

---

THIS MATTER having been brought before the Court by SSG Capital Advisors, LLC

("SSG"), upon its *First and Final Fee Application of SSG Capital Advisors, LLC, as Investment*

*Banker, for the Period of February 11, 2013 Through May 31, 2013* filed on July 19, 2013 (the

"Application") seeking approval on a final basis of compensation for services rendered in the

amount of $384,250.00 and disbursements in the amount of $3,124.42; and upon adequate notice

to all parties in interest and the Court having considered all papers submitted, and for good cause

shown:

IT IS ORDERED that the Application is GRANTED; and

IT IS ORDERED that the professional services rendered by SSG to the Trustee be and

hereby are approved on a final basis in the amount of $384,250.00 and the reasonable and

necessary expenses incurred by SSG in the course of representing the Trustee be, and hereby are

approved on a final basis in the amount of $3,124.42 for the period of February 11, 2013

Through May 31, 2013; and

IT IS ORDERED that, in full satisfaction of the amounts approved by this Order, the

Trustee shall remit a total payment of $387,374.42 to SSG within ten (10) days of the entry of

this Order.

140630.01600/22237236v.1