Order Filed on
**8/20/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael B. Schaedle (MS 7988)
Josef W. Mintz (JM 9145)
Alan M. Root (admitted *pro hac vice*)
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5762
Fax:  (215) 832-5762
Schaedle@blankrome.com
Mintz@blankrome.com
Root@blankrome.com

*Counsel to Bonnie Glantz Fatell, Chapter 11 Trustee*

In re:

WOODCREST COUNTRY CLUB,

         Debtor.

Case No. 12-22055 (JHW)

Judge Judith H. Wizmur

Chapter 11

**ORDER GRANTING OMNIBUS MOTION OF BONNIE GLANTZ FATELL, CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 9019 FOR COURT APPROVAL OF STIPULATIONS RESOLVING CLAIMS FILED AGAINST THE DEBTOR'S ESTATE BY YAMAHA MOTOR CORPORATION, U.S.A., UNDERWOOD ENGINEERING INC. AND NELBUD SERVICES GROUP, INC.**

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: 8/20/2013**

                          Honorable Judith H. Wizmur
                          United States Bankruptcy Court

1

140630.01600/40207669v.2

Debtor: WOODCREST COUNTRY CLUB
Case No.: 12-22055 (JHW)
Caption of Order: ORDER GRANTING OMNIBUS MOTION OF BONNIE GLANTZ FATELL, CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 9019 FOR COURT APPROVAL OF STIPULATIONS RESOLVING CLAIMS FILED AGAINST THE DEBTOR'S ESTATE BY YAMAHA MOTOR CORPORATION, U.S.A., UNDERWOOD ENGINEERING INC. AND NELBUD SERVICES GROUP, INC.

Upon consideration of the motion (the "Motion")[1] of the Trustee for an order approving the Stipulations attached to the Motion as Exhibits A - C (the "Stipulations"); and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334 and that this matter is a core matter pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor's estate and its creditors; and it appearing that due notice of the Motion has been given, and that no further notice need be given; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED and all objections, if any, are overruled.

2.  The Stipulations attached to the Motion as Exhibit A, Exhibit B and Exhibit C are authorized and approved and the parties thereto shall be bound by the terms of the Stipulations. The Parties are authorized to perform all acts necessary to effectuate and implement the terms of the Stipulations.

3.  This Court shall retain jurisdiction to implement, interpret and enforce the terms of the Stipulations and this Order.

4.  This Order shall be effective immediately upon its entry by the Court.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

2

140630.01600/40207669v.2

*Approved by Judge Judith H. Wizmur August 20, 2013*

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 12-22055-JHW
Woodcrest Country Club   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: kryan     Page 1 of 2     Date Rcvd: Aug 21, 2013
                 Form ID: pdf903    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2013.
```
db         +Woodcrest Country Club,    300 Evesham Road,    Cherry Hill, NJ 08003-3301
aty        +Alan Felheimer,    Five Greentree Center,    Marlton, NJ 08053-3432
aty        +Steven Angstreich,    Weir & Partners,    457 Haddonfield Road,    Suite 420,
             Cherry Hill, NJ 08002-2220
aty        +Weir & Partners, LLP,    457 Haddonfield Road, Suite 420,    Cherry Hill, NJ 08002-2220
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2013**       **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0312-1          User: kryan               Page 2 of 2                  Date Rcvd: Aug 21, 2013
                              Form ID: pdf903           Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2013 at the address(es) listed below:

              A. Fred Ruttenberg    on behalf of Interested Party Fred A. Ruttenberg
               fred.ruttenberg@flastergreenberg.com
              Adam D. Greenberg    on behalf of Interested Party David  Farber agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Alan  Fellheimer    on behalf of Creditor    Fellheimer & Eichen LLP alan@fellheimer.net
              Arthur  Abramowitz    on behalf of Interested Party Arthur J Abramowitz aabramowitz@cozen.com,
               dreyes@cozen.com
              Bonnie Glantz Fatell    fatell@blankrome.com
              Bonnie Glantz Fatell    on behalf of Trustee Bonnie Glantz Fatell fatell@blankrome.com
              Carol A. Slocum    on behalf of Accountant    Executive Sounding Board cslocum@klehr.com,
               lclark@klehr.com
              Chester A. Luszcz    on behalf of Creditor Stephen  Esposito luszcz@comcast.net,
               bluszcz@comcast.net
              Diane E. Vuocolo    on behalf of Creditor    Sun National Bank vuocolod@gtlaw.com
              Edward L. Paul    on behalf of Creditor    Performance Golf Management LLC elp@paulandkatzlaw.com,
               nicole@paulandkatzlaw.com;vgumpert@paulandkatzlaw.com
              Jeffrey  Kurtzman    on behalf of Creditor    BET Funding, LLC jkurtzma@klehr.com
              Jerrold S. Kulback    on behalf of Interested Party    Cherry Hil Land Associates, LLC
               jkulback@archerlaw.com
              Josef W. Mintz    on behalf of Trustee Bonnie Glantz Fatell mintz@blankrome.com
              Kenneth J. Schweiker, Jr.    on behalf of Creditor    Sun National Bank ,
               cmaccherone@brownconnery.com
              Kurt F. Gwynne    on behalf of Interested Party    Crestwood Property Group, LLC
               kgwynne@reedsmith.com
              Michael B. Schaedle    on behalf of Trustee Bonnie Glantz Fatell schaedle@blankrome.com
              Mitchell  Hausman    on behalf of U.S. Trustee    United States Trustee Mitchell.B.Hausman@usdoj.gov
              Raghu  Murthy    on behalf of Interested Party    New Jersey Department of Environmental Protection
               raghu.murthy@dol.lps.state.nj.us
              Robert L. Saldutti    on behalf of Creditor    Samuels & Son Seafood Co., Inc.
               rsaldutti@salduttcollect.com, lmarciano@salduttcollect.com
              Robert N. Wright, Jr.    on behalf of Interested Party    Cherry Hill Township
               rwright@chtownship.com, amcarpenter@chtownship.com
              Scott H. Marcus    on behalf of Creditor Larry W. Cohen smarcus@marcuslaw.net,
               kshaffer@marcuslaw.net,scottmarcusecf@gmail.com
              Steven E. Angstreich    on behalf of Debtor    Woodcrest Country Club sangstreich@weirpartners.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William  Mackin    on behalf of Debtor    Woodcrest Country Club bill.mackin@verizon.net,
               mackinecf@gmail.com
                                                                                             TOTAL: 24