Order Filed on
**8/20/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Josef W. Mintz (JM 9145)
Alan M. Root (admitted *pro hac vice*)
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5528
Fax:  (215) 832-5528
Mintz@blankrome.com
Root@blankrome.com

*Counsel to Bonnie Glantz Fatell, Chapter 11 Trustee*

In re:

  WOODCREST COUNTRY CLUB,

                       Debtor.

Case No. 12-22055 (JHW)

Judge Judith H. Wizmur

Chapter 11

**ORDER GRANTING CHAPTER 11 TRUSTEE'S APPLICATION FOR: (I) AUTHORITY TO RETAIN AND EMPLOY DELAWARE CLAIMS AGENCY, LLC AS DISTRIBUTION AGENT AND (II) WAIVER OF THE REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-1**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 8/20/2013**

_____
Honorable Judith H. Wizmur
United States Bankruptcy Court

140630.01600/12337655v.4

(Page 2)
Debtor: Woodcrest Country Club
Case No.: 12-22055 (JHW)
Caption of Order: ORDER GRANTING CHAPTER 11 TRUSTEE'S APPLICATION FOR: (I) AUTHORITY TO RETAIN AND EMPLOY DELAWARE CLAIMS AGENCY, LLC AS DISTRIBUTION AGENT AND (II) WAIVER OF THE REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-1

Upon consideration of the *Chapter 11 Trustee's Application For: (I) Order Granting Chapter 11 Trustee's Application For Authority To Retain And Employ Delaware Claims Agency, LLC As Distribution Agent and (II) Waiver Of The Requirements Of Local Bankruptcy Rule 2016-1* (the "Application");[2] and this Court being satisfied that the relief requested herein and the employment of DCA is necessary and in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court being satisfied that notice of this Application and opportunity for a hearing on this Application was appropriate under the particular circumstances and that no other or further notice need be given; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED,

2. The Trustee is authorized to retain DCA as its distribution agent in accordance with the terms and conditions set forth in the Distribution Services Agreement.

3. The requirements for DCA to submit fee applications under Local Rule 2016-1 are waived. DCA shall not be required to submit applications to the Court for any part of its compensation or reimbursement of expenses and the Trustee is hereby authorized to compensate

---

[2] Capitalized terms used herein but not defined herein shall have the meanings ascribed to such terms in the Application.

140630.01600/12337655v.4

*Approved by Judge Judith H. Wizmur August 20, 2013*

(Page 3)
Debtor: Woodcrest Country Club
Case No.: 12-22055 (JHW)
Caption of Order: ORDER GRANTING CHAPTER 11 TRUSTEE'S APPLICATION FOR: (I) AUTHORITY TO RETAIN AND EMPLOY DELAWARE CLAIMS AGENCY, LLC AS DISTRIBUTION AGENT AND (II) WAIVER OF THE REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-1

DCA for any fees or expenses incurred in connection with the Distribution Services without further order of this Court.

4. The Trustee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters related to the interpretation or implementation of this Order.

140630.01600/12337655v.4

*Approved by Judge Judith H. Wizmur August 20, 2013*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-22055-JHW
Woodcrest Country Club                                                    Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: kryan              Page 1 of 2           Date Rcvd: Aug 21, 2013
                                Form ID: pdf903          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2013.
db           +Woodcrest Country Club,    300 Evesham Road,    Cherry Hill, NJ 08003-3301
aty          +Alan Felheimer,    Five Greentree Center,    Marlton, NJ 08053-3432
aty          +Steven Angstreich,    Weir & Partners,    457 Haddonfield Road,    Suite 420,
               Cherry Hill, NJ 08002-2220
aty          +Weir & Partners, LLP,    457 Haddonfield Road, Suite 420,    Cherry Hill, NJ 08002-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0312-1          User: kryan              Page 2 of 2            Date Rcvd: Aug 21, 2013
                              Form ID: pdf903          Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2013 at the address(es) listed below:

```
          A. Fred Ruttenberg    on behalf of Interested Party Fred A. Ruttenberg
           fred.ruttenberg@flastergreenberg.com
          Adam D. Greenberg    on behalf of Interested Party David  Farber agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Alan  Fellheimer    on behalf of Creditor    Fellheimer & Eichen LLP alan@fellheimer.net
          Arthur  Abramowitz    on behalf of Interested Party Arthur J Abramowitz aabramowitz@cozen.com,
           dreyes@cozen.com
          Bonnie Glantz Fatell     fatell@blankrome.com
          Bonnie Glantz Fatell    on behalf of Trustee Bonnie Glantz Fatell fatell@blankrome.com
          Carol A. Slocum    on behalf of Accountant    Executive Sounding Board cslocum@klehr.com,
           lclark@klehr.com
          Chester A. Luszcz    on behalf of Creditor Stephen  Esposito luszcz@comcast.net,
           bluszcz@comcast.net
          Diane E. Vuocolo    on behalf of Creditor    Sun National Bank vuocolod@gtlaw.com
          Edward L. Paul    on behalf of Creditor    Performance Golf Management LLC elp@paulandkatzlaw.com,
           nicole@paulandkatzlaw.com;vgumpert@paulandkatzlaw.com
          Jeffrey  Kurtzman    on behalf of Creditor    BET Funding, LLC jkurtzma@klehr.com
          Jerrold S. Kulback    on behalf of Interested Party    Cherry Hil Land Associates, LLC
           jkulback@archerlaw.com
          Josef W. Mintz    on behalf of Trustee Bonnie Glantz Fatell mintz@blankrome.com
          Kenneth J. Schweiker, Jr.    on behalf of Creditor    Sun National Bank ,
           cmaccherone@brownconnery.com
          Kurt F. Gwynne    on behalf of Interested Party    Crestwood Property Group, LLC
           kgwynne@reedsmith.com
          Michael B. Schaedle    on behalf of Trustee Bonnie Glantz Fatell schaedle@blankrome.com
          Mitchell  Hausman    on behalf of U.S. Trustee    United States Trustee Mitchell.B.Hausman@usdoj.gov
          Raghu  Murthy    on behalf of Interested Party    New Jersey Department of Environmental Protection
           raghu.murthy@dol.lps.state.nj.us
          Robert L. Saldutti    on behalf of Creditor    Samuels & Son Seafood Co., Inc.
           rsaldutti@salduttipcollect.com, lmarciano@salduttipcollect.com
          Robert N. Wright, Jr.    on behalf of Interested Party    Cherry Hill Township
           rwright@chtownship.com, amcarpenter@chtownship.com
          Scott H. Marcus    on behalf of Creditor Larry W. Cohen smarcus@marcuslaw.net,
           kshaffer@marcuslaw.net,scottmarcusecf@gmail.com
          Steven E. Angstreich    on behalf of Debtor    Woodcrest Country Club sangstreich@weirpartners.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William  Mackin    on behalf of Debtor    Woodcrest Country Club bill.mackin@verizon.net,
           mackinecf@gmail.com
                                                                                             TOTAL: 24
```