U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2013 AUG 22  PM 1: 13

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael B. Schaedle (MS 7988)
Josef W. Mintz (JM 9145)
Alan M. Root (admitted *pro hac vice*)
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5762
Fax:  (215) 832-5762
Schaedle@blankrome.com
Mintz@blankrome.com

*Counsel to Bonnie Glantz Fatell, Chapter 11*
*Trustee*

In re:

WOODCREST COUNTRY CLUB,

                                   Debtor.

Case No. 12-22055 (JHW)

Judge Judith H. Wizmur

Chapter 11

### ORDER ALLOWING FIRST AND FINAL FEE APPLICATION
### OF BLANK ROME LLP AS COUNSEL TO BONNIE GLANTZ FATELL,
### CHAPTER 11 TRUSTEE OF WOODCREST COUNTRY CLUB FOR THE
### PERIOD OF FEBRUARY 7, 2013 THROUGH JUNE 6, 2013

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

8/22/13

140630.01600/40207824v.2

Page: 2
Debtor: Woodcrest Country Club
Case No.: 12-22055 (JHW)
Caption: Order Allowing First And Final Fee Application Of Blank Rome LLP As Counsel To Bonnie Glantz Fatell, Chapter 11 Trustee Of Woodcrest Country Club For The Period Of February 7, 2013 Through June 6, 2013

---

**THIS MATTER** having been brought before the Court by Blank Rome LLP ("Blank Rome"), upon its *First and Final Fee Application of Blank Rome LLP as Counsel to Bonnie Glantz Fatell, Chapter 11 Trustee of Woodcrest Country Club for the Period of February 7, 2013 Through June 6, 2013* filed on July 19, 2013 (the "Application") seeking approval on a final basis of compensation for services rendered in the amount of $534,669.70 and disbursements in the amount of $37,162.20; and upon adequate notice to all parties in interest and the Court having considered all papers submitted, and for good cause shown:

**IT IS ORDERED** that the Application is **GRANTED**; and

**IT IS ORDERED** that the professional services rendered by Blank Rome to the Trustee be and hereby is approved on a final basis in the amount of $534,669.70 and the reasonable and necessary expenses incurred by Blank Rome in the course of representing the Trustee be, and hereby is approved on a final basis in the amount of $37,162.20 for the period of February 7, 2013 Through June 6, 2013; and

**IT IS ORDERED** that, pursuant to the agreed fee cap of Blank Rome as set forth in the Trustee's confirmed Second Amended Plan of Reorganization, as amended on the record at the May 24, 2013 hearing to consider confirmation of the Second Amended Plan, in full satisfaction of the amounts approved by this Order, the Trustee shall remit payment of $487,500.00 to Blank Rome within ten (10) days of the entry of this Order.

140630.01600/40207824v.2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 12-22055-JHW
Woodcrest Country Club                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: bcompton          Page 1 of 2          Date Rcvd: Aug 23, 2013
                             Form ID: pdf903          Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2013.
db          +Woodcrest Country Club,    300 Evesham Road,    Cherry Hill, NJ 08003-3301
aty         +Alan Felheimer,   Five Greentree Center,    Marlton, NJ 08053-3432
aty         +Steven Angstreich,    Weir & Partners,    457 Haddonfield Road,    Suite 420,
             Cherry Hill, NJ 08002-2220
aty         +Weir & Partners, LLP,    457 Haddonfield Road, Suite 420,    Cherry Hill, NJ 08002-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**


**Date: Aug 25, 2013**                    **Signature:** _Joseph Speetjens_

District/off: 0312-1           User: bcompton          Page 2 of 2              Date Rcvd: Aug 23, 2013
                              Form ID: pdf903          Total Noticed: 4


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2013 at the address(es) listed below:
          A. Fred Ruttenberg    on behalf of Interested Party Fred A. Ruttenberg
           fred.ruttenberg@flastergreenberg.com
          Adam D. Greenberg    on behalf of Interested Party David  Farber agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Alan  Fellheimer    on behalf of Creditor    Fellheimer & Eichen LLP alan@fellheimer.net
          Arthur  Abramowitz    on behalf of Interested Party Arthur J Abramowitz aabramowitz@cozen.com,
           dreyes@cozen.com
          Bonnie Glantz Fatell    fatell@blankrome.com
          Bonnie Glantz Fatell    on behalf of Trustee Bonnie Glantz Fatell fatell@blankrome.com
          Carol A. Slocum    on behalf of Accountant   Executive Sounding Board cslocum@klehr.com,
           lclark@klehr.com
          Chester A. Luszcz    on behalf of Creditor Stephen  Esposito luszcz@comcast.net,
           bluszcz@comcast.net
          Diane E. Vuocolo    on behalf of Creditor    Sun National Bank vuocolod@gtlaw.com
          Edward L. Paul    on behalf of Creditor    Performance Golf Management LLC elp@paulandkatzlaw.com,
           nicole@paulandkatzlaw.com;vgumpert@paulandkatzlaw.com
          Jeffrey  Kurtzman    on behalf of Creditor    BET Funding, LLC jkurtzma@klehr.com
          Jerrold S. Kulback    on behalf of Interested Party    Cherry Hil Land Associates, LLC
           jkulback@archerlaw.com
          Josef W. Mintz    on behalf of Trustee Bonnie Glantz Fatell mintz@blankrome.com
          Kenneth J. Schweiker, Jr.    on behalf of Creditor    Sun National Bank ,
           cmaccherone@brownconnery.com
          Kurt F. Gwynne    on behalf of Interested Party    Crestwood Property Group, LLC
           kgwynne@reedsmith.com
          Michael B. Schaedle    on behalf of Trustee Bonnie Glantz Fatell schaedle@blankrome.com
          Mitchell  Hausman    on behalf of U.S. Trustee    United States Trustee Mitchell.B.Hausman@usdoj.gov
          Raghu  Murthy    on behalf of Interested Party    New Jersey Department of Environmental Protection
           raghu.murthy@dol.lps.state.nj.us
          Robert L. Saldutti    on behalf of Creditor    Samuels & Son Seafood Co., Inc.
           rsaldutti@salduttioollect.com,  lmarciano@salduttioollect.com
          Robert N. Wright, Jr.    on behalf of Interested Party    Cherry Hill Township
           rwright@chtownship.com,  amcarpenter@chtownship.com
          Scott H. Marcus    on behalf of Creditor Larry W. Cohen smarcus@marcuslaw.net,
           kshaffer@marcuslaw.net,scottmarcusecf@gmail.com
          Steven E. Angstreich    on behalf of Debtor    Woodcrest Country Club sangstreich@weirpartners.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William  Mackin    on behalf of Debtor    Woodcrest Country Club bill.mackin@verizon.net,
           mackinecf@gmail.com
                                                                              TOTAL: 24