```
                                          U.S. BANKRUPTCY COURT
                                                 FILED
                                              CAMDEN, NJ

                                          2013 AUG 22 PM 1:13

                                            JAMES J. WALDRON

                                          BY:_____
                                              DEPUTY CLERK
```

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Michael B. Schaedle (MS 7988)<br>Josef W. Mintz (JM 9145)<br>Alan M. Root (admitted *pro hac vice*)<br>BLANK ROME LLP<br>One Logan Square<br>Philadelphia, PA 19103<br>Phone: (215) 569-5762<br>Fax: (215) 832-5762<br>Schaedle@blankrome.com<br>Mintz@blankrome.com<br><br>*Counsel to Bonnie Glantz Fatell, Chapter 11 Trustee* |

In re:

WOODCREST COUNTRY CLUB,

                Debtor.

Case No. 12-22055 (JHW)

Judge Judith H. Wizmur

Chapter 11

**ORDER ALLOWING FIRST AND FINAL FEE APPLICATION OF EXECUTIVE SOUNDING BOARD ASSOCIATES, INC., AS FINANCIAL ADVISOR TO BONNIE GLANTZ FATELL, CHAPTER 11 TRUSTEE OF WOODCREST COUNTRY CLUB FOR THE PERIOD OF FEBRUARY 8, 2013 THROUGH JUNE 6, 2013**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

8/22/13

*[Signature]*

140630.01600/22237249v.1

Page:     2
Debtor:   Woodcrest Country Club
Case No.: 12-22055 (JHW)
Caption:  ORDER ALLOWING FIRST AND FINAL FEE APPLICATION OF EXECUTIVE SOUNDING BOARD ASSOCIATES, INC., AS FINANCIAL ADVISOR TO BONNIE GLANTZ FATELL, CHAPTER 11 TRUSTEE OF WOODCREST COUNTRY CLUB FOR THE PERIOD OF FEBRUARY 8, 2013 THROUGH JUNE 6, 2013

---

**THIS MATTER** having been brought before the Court by Executive Sounding Board Associates, Inc. ("ESBA"), upon its *First and Final Fee Application of Executive Sounding Board Associates, Inc., as Financial Advisor to Bonnie Glantz Fatell, Chapter 11 Trustee of Woodcrest Country Club For The Period of February 8, 2013 Through June 6, 2013* filed on July 19, 2013 (the "Application") seeking approval on a final basis of compensation for services rendered in the amount of $184,634.75 and disbursements in the amount of $3,565.17; and upon adequate notice to all parties in interest and the Court having considered all papers submitted, and for good cause shown:

**IT IS ORDERED** that the Application is **GRANTED**; and

**IT IS ORDERED** that the professional services rendered by ESBA to the Trustee be and hereby are approved on a final basis in the amount of $184,634.75 and the reasonable and necessary expenses incurred by ESBA in the course of advising the Trustee be, and hereby are approved on a final basis in the amount of $3,565.17 for the period of February 8, 2013 through June 6, 2013; and

**IT IS ORDERED** that, pursuant to the agreed fee cap of ESBA as set forth in the Trustee's confirmed Second Amended Plan of Reorganization, as amended on the record at the May 24, 2013 hearing to consider confirmation of the Second Amended Plan, in full satisfaction of the amounts approved by this Order, the Trustee shall remit payment of $130,000.00 to ESBA within ten (10) days of the entry of this Order.

140630.01600/22237249v.1

United States Bankruptcy Court
District of New Jersey

In re:   
Woodcrest Country Club  
    Debtor

Case No. 12-22055-JHW  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: bcompton        Page 1 of 2        Date Rcvd: Aug 23, 2013  
                      Form ID: pdf903        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2013.
```
db         +Woodcrest Country Club,   300 Evesham Road,   Cherry Hill, NJ 08003-3301
aty        +Alan Felheimer,   Five Greentree Center,   Marlton, NJ 08053-3432
aty        +Steven Angstreich,   Weir & Partners,   457 Haddonfield Road,   Suite 420,
             Cherry Hill, NJ 08002-2220
aty        +Weir & Partners, LLP,   457 Haddonfield Road, Suite 420,   Cherry Hill, NJ 08002-2220
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2013**             **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0312-1          User: bcompton              Page 2 of 2                  Date Rcvd: Aug 23, 2013
                              Form ID: pdf903             Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2013 at the address(es) listed below:

        A. Fred Ruttenberg    on behalf of Interested Party Fred A. Ruttenberg
          fred.ruttenberg@flastergreenberg.com
        Adam D. Greenberg    on behalf of Interested Party David  Farber agreenberg@hgllclaw.com,
          Aholmes@hgllclaw.com
        Alan  Fellheimer    on behalf of Creditor    Fellheimer & Eichen LLP alan@fellheimer.net
        Arthur  Abramowitz    on behalf of Interested Party Arthur J Abramowitz aabramowitz@cozen.com,
          dreyes@cozen.com
        Bonnie Glantz Fatell     fatell@blankrome.com
        Bonnie Glantz Fatell    on behalf of Trustee Bonnie Glantz Fatell fatell@blankrome.com
        Carol A. Slocum    on behalf of Accountant    Executive Sounding Board cslocum@klehr.com,
          lclark@klehr.com
        Chester A. Luszcz    on behalf of Creditor Stephen  Esposito luszcz@comcast.net,
          bluszcz@comcast.net
        Diane E. Vuocolo    on behalf of Creditor    Sun National Bank vuocolod@gtlaw.com
        Edward L. Paul    on behalf of Creditor    Performance Golf Management LLC elp@paulandkatzlaw.com,
          nicole@paulandkatzlaw.com;vgumpert@paulandkatzlaw.com
        Jeffrey  Kurtzman    on behalf of Creditor    BET Funding, LLC jkurtzma@klehr.com
        Jerrold S. Kulback    on behalf of Interested Party    Cherry Hil Land Associates, LLC
          jkulback@archerlaw.com
        Josef W. Mintz    on behalf of Trustee Bonnie Glantz Fatell mintz@blankrome.com
        Kenneth J. Schweiker, Jr.    on behalf of Creditor    Sun National Bank ,
          cmaccherone@brownconnery.com
        Kurt F. Gwynne    on behalf of Interested Party    Crestwood Property Group, LLC
          kgwynne@reedsmith.com
        Michael B. Schaedle    on behalf of Trustee Bonnie Glantz Fatell schaedle@blankrome.com
        Mitchell  Hausman    on behalf of U.S. Trustee    United States Trustee Mitchell.B.Hausman@usdoj.gov
        Raghu  Murthy    on behalf of Interested Party    New Jersey Department of Environmental Protection
          raghu.murthy@dol.lps.state.nj.us
        Robert L. Saldutti    on behalf of Creditor    Samuels & Son Seafood Co., Inc.
          rsaldutti@salduttiCollect.com, lmarciano@salduttiCollect.com
        Robert N. Wright, Jr.    on behalf of Interested Party    Cherry Hill Township
          rwright@chtownship.com, amcarpenter@chtownship.com
        Scott H. Marcus    on behalf of Creditor Larry W. Cohen smarcus@marcuslaw.net,
          kshaffer@marcuslaw.net,scottmarcusecf@gmail.com
        Steven E. Angstreich    on behalf of Debtor    Woodcrest Country Club sangstreich@weirpartners.com
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William  Mackin    on behalf of Debtor    Woodcrest Country Club bill.mackin@verizon.net,
          mackinecf@gmail.com

                                                                                                                 TOTAL: 24