U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2013 AUG 22  PM 1: 13

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael B. Schaedle (MS 7988)
Josef W. Mintz (JM 9145)
Alan M. Root (admitted *pro hac vice*)
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5762
Fax:  (215) 832-5762
Schaedle@blankrome.com
Mintz@blankrome.com

*Counsel to Bonnie Glantz Fatell, Chapter 11*
*Trustee*

In re:

WOODCREST COUNTRY CLUB,

Debtor.

Case No. 12-22055 (JHW)

Judge Judith H. Wizmur

Chapter 11

**ORDER ALLOWING FIRST AND FINAL FEE APPLICATION OF SSG CAPITAL
ADVISORS, LLC, AS INVESTMENT BANKER, FOR THE PERIOD OF
FEBRUARY 11, 2013 THROUGH MAY 31, 2013**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

8/22/13

140630.01600/22237236v.1

Page:       2
Debtor:     Woodcrest Country Club
Case No.:   12-22055 (JHW)
Caption:    ORDER ALLOWING FIRST AND FINAL FEE APPLICATION OF SSG CAPITAL ADVISORS,
            LLC, AS INVESTMENT BANKER, FOR THE PERIOD OF
            FEBRUARY 11, 2013 THROUGH MAY 31, 2013

---

**THIS MATTER** having been brought before the Court by SSG Capital Advisors, LLC

("SSG"), upon its *First and Final Fee Application of SSG Capital Advisors, LLC, as Investment*

*Banker, for the Period of February 11, 2013 Through May 31, 2013* filed on July 19, 2013 (the

"Application") seeking approval on a final basis of compensation for services rendered in the

amount of $384,250.00 and disbursements in the amount of $3,124.42; and upon adequate notice

to all parties in interest and the Court having considered all papers submitted, and for good cause

shown:

      **IT IS ORDERED** that the Application is **GRANTED**; and

      **IT IS ORDERED** that the professional services rendered by SSG to the Trustee be and

hereby are approved on a final basis in the amount of $384,250.00 and the reasonable and

necessary expenses incurred by SSG in the course of representing the Trustee be, and hereby are

approved on a final basis in the amount of $3,124.42 for the period of February 11, 2013

Through May 31, 2013; and

      **IT IS ORDERED** that, in full satisfaction of the amounts approved by this Order, the

Trustee shall remit a total payment of $387,374.42 to SSG within ten (10) days of the entry of

this Order.

-2-

140630.01600/22237236v.1

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-22055-JHW
Woodcrest Country Club                                                Chapter 11
        Debtor

### CERTIFICATE OF NOTICE

District/off: 0312-1            User: bcompton          Page 1 of 2           Date Rcvd: Aug 23, 2013
                               Form ID: pdf903         Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2013.
db          +Woodcrest Country Club,   300 Evesham Road,   Cherry Hill, NJ 08003-3301
aty         +Alan Felheimer,  Five Greentree Center,   Marlton, NJ 08053-3432
aty         +Steven Angstreich,  Weir & Partners,   457 Haddonfield Road,   Suite 420,
             Cherry Hill, NJ 08002-2220
aty         +Weir & Partners, LLP,   457 Haddonfield Road, Suite 420,   Cherry Hill, NJ 08002-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**


**Date: Aug 25, 2013**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0312-1          User: bcompton          Page 2 of 2          Date Rcvd: Aug 23, 2013
                              Form ID: pdf903         Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2013 at the address(es) listed below:

        A. Fred Ruttenberg    on behalf of Interested Party Fred A. Ruttenberg
         fred.ruttenberg@flastergreenberg.com
        Adam D. Greenberg    on behalf of Interested Party David  Farber agreenberg@hgllclaw.com,
         Aholmes@hgllclaw.com
        Alan  Fellheimer    on behalf of Creditor    Fellheimer & Eichen LLP alan@fellheimer.net
        Arthur  Abramowitz    on behalf of Interested Party Arthur J Abramowitz aabramowitz@cozen.com,
         dreyes@cozen.com
        Bonnie Glantz Fatell    fatell@blankrome.com
        Bonnie Glantz Fatell    on behalf of Trustee Bonnie Glantz Fatell fatell@blankrome.com
        Carol A. Slocum    on behalf of Accountant    Executive Sounding Board cslocum@klehr.com,
         lclark@klehr.com
        Chester A. Luszcz    on behalf of Creditor Stephen  Esposito luszcz@comcast.net,
         bluszcz@comcast.net
        Diane E. Vuocolo    on behalf of Creditor    Sun National Bank vuocolod@gtlaw.com
        Edward L. Paul    on behalf of Creditor    Performance Golf Management LLC elp@paulandkatzlaw.com,
         nicole@paulandkatzlaw.com;vgumpert@paulandkatzlaw.com
        Jeffrey  Kurtzman    on behalf of Creditor    BET Funding, LLC jkurtzma@klehr.com
        Jerrold S. Kulback    on behalf of Interested Party    Cherry Hil Land Associates, LLC
         jkulback@archerlaw.com
        Josef W. Mintz    on behalf of Trustee Bonnie Glantz Fatell mintz@blankrome.com
        Kenneth J. Schweiker, Jr.    on behalf of Creditor    Sun National Bank ,
         cmaccherone@brownconnery.com
        Kurt F. Gwynne    on behalf of Interested Party    Crestwood Property Group, LLC
         kgwynne@reedsmith.com
        Michael B. Schaedle    on behalf of Trustee Bonnie Glantz Fatell schaedle@blankrome.com
        Mitchell  Hausman    on behalf of U.S. Trustee    United States Trustee Mitchell.B.Hausman@usdoj.gov
        Raghu  Murthy    on behalf of Interested Party    New Jersey Department of Environmental Protection
         raghu.murthy@dol.lps.state.nj.us
        Robert L. Saldutti    on behalf of Creditor    Samuels & Son Seafood Co., Inc.
         rsaldutti@sadutticollect.com,  lmarciano@sadutticollect.com
        Robert N. Wright, Jr.    on behalf of Interested Party    Cherry Hill Township
         rwright@chtownship.com,  amcarpenter@chtownship.com
        Scott H. Marcus    on behalf of Creditor Larry W. Cohen smarcus@marcuslaw.net,
         kshaffer@marcuslaw.net,scottmarcusecf@gmail.com
        Steven E. Angstreich    on behalf of Debtor    Woodcrest Country Club sangstreich@weirpartners.com
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William  Mackin    on behalf of Debtor    Woodcrest Country Club bill.mackin@verizon.net,
         mackinecf@gmail.com

                                                                              TOTAL: 24