Order Filed on
**8/27/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael B. Schaedle (MS 7988)
Josef W. Mintz (JM 9145)
Alan M. Root (admitted *pro hac vice*)
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5762
Fax:  (215) 832-5762
Schaedle@blankrome.com
Mintz@blankrome.com
Root@blankrome.com

*Counsel to Bonnie Glantz Fatell, Chapter 11 Trustee*

In re:

  WOODCREST COUNTRY CLUB,

                Debtor.

Case No. 12-22055 (JHW)

Judge Judith H. Wizmur

Chapter 11

**ORDER GRANTING VERIFIED OBJECTION OF BONNIE
GLANTZ FATELL, CHAPTER 11 TRUSTEE TO
<u>ADMINISTRATIVE CLAIM NO. 60 FILED BY NEIL LITTLE</u>**

The relief set forth on the following page two (2) is hereby **ORDERED.**

**DATED: 8/27/2013**

_____
Honorable Judith H. Wizmur
United States Bankruptcy Court

1

140630.01600/40207849v.3

Debtor: Woodcrest Country Club
Case No.: 12-22055 (JHW)
Caption of Order: ORDER GRANTING VERIFIED OBJECTION OF BONNIE GLANTZ FATELL, CHAPTER 11 TRUSTEE TO ADMINISTRATIVE CLAIM NO. 60 FILED BY NEIL LITTLE

Upon consideration of the *Verified Objection of Bonnie Glantz Fatell, Chapter 11 Trustee to Administrative Claim No. 60 Filed by Neil Little* (the "Objection");[1] and it appearing that the Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. § 1334 and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and no previous application having been made; and upon consideration of the Objection and all responses thereto; and due and proper notice of the Objection having been given; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT**:

1. The relief sought in the Objection is GRANTED.

2. Pursuant to 11 U.S.C. § 503 the Claimant's request for payment of an administrative expense as set forth in the Little Claim is hereby DENIED and the Little Claim is DISALLOWED. The Clerk of this Court is hereby directed to expunge and remove the Little Claim from the official claims register maintained in this chapter 11 case.

3. Notwithstanding anything contrary in the Bankruptcy Code or the Bankruptcy Rules, this Order shall become a final order immediately upon entry and shall not be subject to any stays.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or in connection with the implementation, enforcement and interpretation of this Order.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Objection.

140630.01600/40207849v.3

*Approved by Judge Judith H. Wizmur August 27, 2013*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-22055-JHW
Woodcrest Country Club                                              Chapter 11
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0312-1          User: bcompton              Page 1 of 2              Date Rcvd: Aug 29, 2013
                              Form ID: pdf903             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2013.
db           +Woodcrest Country Club,   300 Evesham Road,   Cherry Hill, NJ 08003-3301
aty          +Alan Felheimer,   Five Greentree Center,   Marlton, NJ 08053-3432
aty          +Steven Angstreich,   Weir & Partners,   457 Haddonfield Road,   Suite 420,
               Cherry Hill, NJ 08002-2220
aty          +Weir & Partners, LLP,   457 Haddonfield Road, Suite 420,   Cherry Hill, NJ 08002-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2013**             **Signature:**      _Joseph Speetjens_

```
District/off: 0312-1          User: bcompton              Page 2 of 2              Date Rcvd: Aug 29, 2013
                              Form ID: pdf903             Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2013 at the address(es) listed below:

        A. Fred Ruttenberg    on behalf of Interested Party Fred A. Ruttenberg
          fred.ruttenberg@flastergreenberg.com
        Adam D. Greenberg    on behalf of Interested Party David  Farber agreenberg@hgllclaw.com,
          Aholmes@hgllclaw.com
        Alan  Fellheimer    on behalf of Creditor    Fellheimer & Eichen LLP alan@fellheimer.net
        Arthur  Abramowitz    on behalf of Interested Party Arthur J Abramowitz aabramowitz@cozen.com,
          dreyes@cozen.com
        Bonnie Glantz Fatell     fatell@blankrome.com
        Bonnie Glantz Fatell    on behalf of Trustee Bonnie Glantz Fatell fatell@blankrome.com
        Carol A. Slocum    on behalf of Accountant    Executive Sounding Board cslocum@klehr.com,
          lclark@klehr.com
        Chester A. Luszcz    on behalf of Creditor Stephen  Esposito luszcz@comcast.net,
          bluszcz@comcast.net
        Diane E. Vuocolo    on behalf of Creditor    Sun National Bank vuocolod@gtlaw.com
        Edward L. Paul    on behalf of Creditor    Performance Golf Management LLC elp@paulandkatzlaw.com,
          nicole@paulandkatzlaw.com;vgumpert@paulandkatzlaw.com
        Jeffrey  Kurtzman    on behalf of Creditor    BET Funding, LLC jkurtzma@klehr.com
        Jerrold S. Kulback    on behalf of Interested Party    Cherry Hil Land Associates, LLC
          jkulback@archerlaw.com
        Josef W. Mintz    on behalf of Trustee Bonnie Glantz Fatell mintz@blankrome.com
        Kenneth J. Schweiker, Jr.    on behalf of Creditor    Sun National Bank ,
          cmaccherone@brownconnery.com
        Kurt F. Gwynne    on behalf of Interested Party    Crestwood Property Group, LLC
          kgwynne@reedsmith.com
        Michael B. Schaedle    on behalf of Trustee Bonnie Glantz Fatell schaedle@blankrome.com
        Mitchell  Hausman    on behalf of U.S. Trustee    United States Trustee Mitchell.B.Hausman@usdoj.gov
        Raghu  Murthy    on behalf of Interested Party    New Jersey Department of Environmental Protection
          raghu.murthy@dol.lps.state.nj.us
        Robert L. Saldutti    on behalf of Creditor    Samuels & Son Seafood Co., Inc.
          rsaldutti@salduttiollect.com, lmarciano@salduttiollect.com
        Robert N. Wright, Jr.    on behalf of Interested Party    Cherry Hill Township
          rwright@chtownship.com, amcarpenter@chtownship.com
        Scott H. Marcus    on behalf of Creditor Larry W. Cohen smarcus@marcuslaw.net,
          kshaffer@marcuslaw.net,scottmarcusecf@gmail.com
        Steven E. Angstreich    on behalf of Debtor    Woodcrest Country Club sangstreich@weirpartners.com
        United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
        William  Mackin    on behalf of Debtor    Woodcrest Country Club bill.mackin@verizon.net,
          mackinecf@gmail.com

                                                                                                               TOTAL: 24