UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE, REGION 3
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF

Woodcrest Country Club, Inc.

CHAPTER 11
CASE NO. 12-22055 (JHW)

NOTICE DECREASING AND FIXING
AMOUNT OF BOND

TO: Bonnie Glantz Fatell
Blank, Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

You are hereby notified that your bond initially set in the amount of $1,725,000.00 is hereby decreased and fixed in the amount of $510,000.00 in the above captioned matter effective September 30, 2013.

The Rider must be filed with the United States Trustee before October 7, 2013.

ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE
REGION 3

Dated: September 30, 2013

By: _____
Martha R. Hildebrandt
Assistant United States Trustee