UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Woodcrest Country Club | Case No.: 12-22055<br><br>Chapter: 11<br><br>Judge: JHW |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:    DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LDR 3022-1(a). The case shall be closed on or after     November 21, 2013     unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the hearing date set forth below. In the event a timely objection is filed, a hearing will be held on:

Date:     November 26, 2013
Time:     10:00 am
Location: Courtroom 4B
          Mitchell H. Cohen U.S. Courthouse
          400 Cooper St, Camden, NJ  08101

**NOTICE CONCERNING DISCHARGES:** Individual debtors will not receive a discharge until the following documents are filed with the Clerk.

- *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23). This form must be filed no later than the date when the last payment is made by the debtor as required by plan or the filing of a motion for discharge under 11 U.S.C. § 1141(d)(5)(B); and

- *Individual Chapter 11 Debtor's Certification of Completion of Plan Payments*.

DATED:    October 23, 2013                    JAMES J. WALDRON, Clerk

*rev.12/15/09*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 12-22055-JHW
Woodcrest Country Club                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: ldavis                Page 1 of 1              Date Rcvd: Oct 23, 2013
                               Form ID: pdf903             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2013.
db         +Woodcrest Country Club,   300 Evesham Road,   Cherry Hill, NJ 08003-3301
aty        +Alan Felheimer,   Five Greentree Center,    Marlton, NJ 08053-3432
aty        +Steven Angstreich,   Weir & Partners,   457 Haddonfield Road,   Suite 420,
             Cherry Hill, NJ 08002-2220
aty        +Weir & Partners, LLP,   457 Haddonfield Road, Suite 420,   Cherry Hill, NJ 08002-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2013                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2013 at the address(es) listed below:
              A. Fred Ruttenberg    on behalf of Interested Party Fred A. Ruttenberg
               fred.ruttenberg@flastergreenberg.com
              Adam D. Greenberg    on behalf of Interested Party David  Farber agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Alan  Fellheimer    on behalf of Creditor    Fellheimer & Eichen LLP alan@fellheimer.net
              Arthur  Abramowitz    on behalf of Interested Party Arthur J Abramowitz aabramowitz@cozen.com,
               dreyes@cozen.com
              Bonnie Glantz Fatell    fatell@blankrome.com
              Bonnie Glantz Fatell    on behalf of Trustee Bonnie Glantz Fatell fatell@blankrome.com
              Carol A. Slocum    on behalf of Accountant    Executive Sounding Board cslocum@klehr.com,
               lclark@klehr.com
              Chester A. Luszcz    on behalf of Creditor Stephen  Esposito luszcz@comcast.net,
               bluszcz@comcast.net
              Diane E. Vuocolo    on behalf of Creditor    Sun National Bank vuocolod@gtlaw.com
              Edward L. Paul    on behalf of Creditor    Performance Golf Management LLC elp@paulandkatzlaw.com,
               nicole@paulandkatzlaw.com;vgumpert@paulandkatzlaw.com
              Jeffrey  Kurtzman    on behalf of Creditor    BET Funding, LLC jkurtzma@klehr.com
              Jerrold S. Kulback    on behalf of Interested Party    Cherry Hil Land Associates, LLC
               jkulback@archerlaw.com
              Josef W. Mintz    on behalf of Trustee Bonnie Glantz Fatell mintz@blankrome.com
              Kenneth J. Schweiker, Jr.    on behalf of Creditor    Sun National Bank ,
               cmaccherone@brownconnery.com
              Kurt F. Gwynne    on behalf of Interested Party    Crestwood Property Group, LLC
               kgwynne@reedsmith.com
              Michael B. Schaedle    on behalf of Trustee Bonnie Glantz Fatell schaedle@blankrome.com
              Mitchell  Hausman    on behalf of U.S. Trustee    United States Trustee Mitchell.B.Hausman@usdoj.gov
              Raghu  Murthy    on behalf of Interested Party    New Jersey Department of Environmental Protection
               raghu.murthy@dol.lps.state.nj.us
              Robert L. Saldutti    on behalf of Creditor    Samuels & Son Seafood Co., Inc.
               rsaldutti@salduttìcollect.com,  lmarciano@salduttìcollect.com
              Robert N. Wright, Jr.    on behalf of Interested Party    Cherry Hill Township
               rwright@chtownship.com,  amcarpenter@chtownship.com
              Scott H. Marcus    on behalf of Creditor Larry W. Cohen smarcus@marcuslaw.net,
               kshaffer@marcuslaw.net,scottmarcusecf@gmail.com
              Steven E. Angstreich    on behalf of Debtor    Woodcrest Country Club sangstreich@weirpartners.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William  Mackin    on behalf of Debtor    Woodcrest Country Club bill.mackin@verizon.net,
               mackinecf@gmail.com
                                                                                               TOTAL: 24