OFFICE OF THE UNITED STRATES TRUSTEE-REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by ther post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtors Name: | Woodcrest Country Club | Bank: | TD Bank |
| Bankruptcy Number: | 12-22055 | Account Number: | x5695 and x6495 |
| Date of Confirmation: | May 24, 2013 | Account Type: | Checking |
| Reporting Period(month/year): | July 1, 2013 - September 30, 2013 | | |

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 1,819,310 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ | - |
| Interest Income | | 152 |
| Collection of Accounts Receivable: | $ | 5,791 |
| Proceeds from Litigation(settlement or otherwise) | $ | |
| Sale of Debtor's Assets: | $ | |
| Refund: | $ | |
| Tax Refund | $ | - |
| Post-Petition Funding: | $ | |
| Total of Cash Received: | $ | 5,943 |
| Total of Cash Available: | $ | 1,825,253 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | 250,506 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | 1,106,337 |
| Disbursements made in the ordinary course | $ | 36,381 |
| Total Transfers: | $ | 1,393,225 |
| Ending Cash Balance: | $ | 432,028 |

Pursuant to 28 U.S.C. Section 1746(2), I hearby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_[signature]_
Signature of Authorized Individual

Date  12-12-13

Bonnie Glantz Fatell
Printed Name of Authorized Individual

Woodcrest Country Club
Accounting Trial Balance Summary

| Check # | Date | Activity | Trustee's TD Account | Trustee's TD Reserve Account | Chapter 11 Professional Fees | Accounts Receivable | Utilities | Plan Distributions | Misc Services | U.S. Trustee Fees | Taxes | Interest Income | Insurance Bond | Bank Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Trust Activity | | | | | | | | | |
| | 7/11/13 | Deposits | | 2,724.37 | | 2,724.37 | | | | | | | | |
| | 7/11/13 | Bank Check to Sun National Bank | (10,744.93) | | | | | (10,744.93) | | | | | | |
| 151 | | VOID | | | | | | | | | | | | |
| 152 | 7/17/2013 | Verizon | (216.75) | | | | (216.75) | | | | | | | |
| 153 | 7/17/2013 | Verizon | (1,710.84) | | | | (1,710.84) | | | | | | | |
| 154 | 7/18/2013 | Broadview Networks | (28.76) | | | | (28.76) | | | | | | | |
| 155 | 7/24/2013 | New Jersey Division of Taxes (Sales/Use) | (135,000.00) | | | | | (135,000.00) | | | | | | |
| 156 | 7/24/2013 | Republic Services (trash removal) | (174.98) | | | | (174.98) | | | | | | | |
| 157 | 7/24/2013 | VOID | | | | | | | | | | | | |
| 158 | 7/24/2013 | WWT Inc dba Voip Networks | (531.80) | | | | (531.80) | | | | | | | |
| 159 | 7/24/13 | J.H. Ehrlich Pest Control | (561.87) | | | | | (561.87) | | | | | | |
| 160 | 7/24/13 | Pitney Bowes Global Fin. Services | (1,781.20) | | | | | (1,781.20) | | | | | | |
| 161 | 7/24/13 | Medford Lakes Country Club | (289.32) | | | | | (289.32) | | | | | | |
| 162 | 7/24/13 | Sal Jacobs Plumbing and Heating | (4,782.96) | | | | | (4,782.96) | | | | | | |
| 163 | 7/24/13 | VOID | | | | | | | | | | | | |
| 164 | 7/24/13 | The Bagel Spot | (19.50) | | | | | (19.50) | | | | | | |
| 165 | 7/24/13 | Golf Car Specialties | (5,819.95) | | | | | (5,819.95) | | | | | | |
| 166 | 7/24/13 | Del Vel Chem Company | (302.63) | | | | | (302.63) | | | | | | |
| 167 | 7/24/13 | Marc Levin | (738.87) | | | | | (738.87) | | | | | | |
| 168 | 7/24/13 | UGI | (2,377.16) | | | | (2,377.16) | | | | | | | |
| 169 | 7/24/13 | Performance Golf Mgmt | (88,805.00) | | | | | (88,805.00) | | | | | | |
| 170 | 7/24/13 | VOID | | | | | | | | | | | | |
| 171 | 7/24/13 | Cherry Hill Twp. Elevator inspection | (340.00) | | | | | (340.00) | | | | | | |
| 172 | 7/24/13 | William Mackin, Esq. | (46,883.00) | | (46,883.00) | | | | | | | | | |
| 173 | 7/24/13 | VOID | | | | | | | | | | | | |
| 174 | 7/24/13 | Weir Partners | (1,616.47) | | (1,616.47) | | | | | | | | | |
| 175 | 7/24/13 | American Kitchen Machinery & Repair | (845.25) | | | | | (845.25) | | | | | | |
| 176 | 7/24/13 | Larry Cohen | (475.00) | | | | | (475.00) | | | | | | |
| 177 | 7/25/13 | PSE&G | (26.02) | | | | (26.02) | | | | | | | |
| | 7/31/13 | Interest Income | 76.46 | | | | | | | | | | 76.46 | |
| | 7/31/13 | Interest Income | | 0.22 | | | | | | | | | 0.22 | |
| 178 | | VOID | | | | | | | | | | | | |
| 179 | 8/5/13 | Fellheimer & Eichen | (52,963.60) | | (52,963.60) | | | | | | | | | |
| 180 | 8/5/13 | PSE&G | (8,335.07) | | | | (8,335.07) | | | | | | | |
| 181 | 8/5/13 | Elite Litigation Services | (400.00) | | | | | | (400.00) | | | | | |
| 182 | 8/7/13 | International Sureties Ltd. | (4,266.00) | | | | | | | | | | | (4,266.00) | |
| 183 | | VOID | | | | | | | | | | | | |
| 184 | 8/15/13 | US TRUSTEE | (13,008.73) | | | | | | | (13,008.73) | | | | |
| 185 | 8/16/13 | State of New Jersey NJ-927-W | (5,281.30) | | | | | | | | (5,281.30) | | | |
| bank ck | 8/28/13 | Executive Sounding Board Assoc | (130,000.00) | | (130,000.00) | | | | | | | | | |
| bank ck | 8/28/13 | SSG Capital Advisors | (387,374.42) | | (387,374.42) | | | | | | | | | |
| bank ck | 8/28/13 | Blank Rome | (487,500.00) | | (487,500.00) | | | | | | | | | |
| | 8/28/13 | Bank Fees | (24.00) | | | | | | | | | | | (24.00) |
| | 8/28/13 | Deposit | | 3,066.78 | | 3,066.78 | | | | | | | | |
| | 8/30/13 | Interest Income | 57.50 | | | | | | | | | | 57.50 | |
| | 8/30/13 | Interest Income | | 0.13 | | | | | | | | | 0.13 | |
| | 9/30/13 | Interest Income | 17.59 | | | | | | | | | | 17.59 | |
| | 9/30/13 | Interest Income | | 0.24 | | | | | | | | | 0.24 | |
| | | Q3 2013 Totals | 426,236.57 | 5,791.74 | (1,106,337.49) | 5,791.15 | (13,401.38) | (250,506.48) | (400.00) | (13,008.73) | (5,281.30) | 152.14 | (4,266.00) | (24.00) |