**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Josef W. Mintz (JM 9145)
Alan M. Root (admitted *pro hac vice*)
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5528
Fax:  (215) 832-5528
Mintz@blankrome.com
Root@blankrome.com

*Counsel to Bonnie Glantz Fatell, Chapter 11 Trustee*

In re:

WOODCREST COUNTRY CLUB,

                  Debtor.

Case No. 12-22055 (JHW)

Judge Judith H. Wizmur

Chapter 11

## CHAPTER 11 TRUSTEE FINAL REPORT

To the best of my knowledge, information and belief, the following is a breakdown of the results in the above case:

A.  Debtor and Trustee Professionals

|  | FEES AND EXPENSES PAID[1] |
|---|---:|
| Weir & Partners LLP | $1,616.47 |
| William Mackin, Esq. | $46,883.00 |
| Fellheimer & Eichen | $52,963.60 |
| Blank Rome LLP | $487,500.00 |
| Executive Sounding Board Associates, Inc. | $130,000.00 |
| SSG Capital Advisors, LLC | $387,374.42 |

---

[1]    Fees and Expenses paid from Chapter 11 Trustee accounts.

140630.01601/40209711v.2

| | |
|---|---:|
| Condon O'Meara McGinty & Donnelly LLP * | $24,000.00 |
| Bonnie Glantz Fatell, Chapter 11 Trustee commission* | $125,000.00 |
| **TOTAL:** | $2,486,674.98 |

*Payments to be made upon entry of Final Decree

B. Distributions pursuant to confirmed Trustee's Second Amended Plan of Reorganization

| TYPE OF CLAIM OR INTEREST | DISTRIBUTION[2] | DISTRIBUTION AMOUNT |
|---|---|---|
| Administrative Claims | 100% | $ 132,596.19 |
| Secured Tax Claims | 100% | $174,878.41 |
| Repayment of Post Petition Loan | | $320,095.70 |
| Class 1: Prepetition Secured Lender Claims | | $7,995,582.00[3] |
| Class 2: Priority Claims | 100% | $135,000.00 |
| Class 3: General Unsecured Claims | 6.34% | $95,744.00 |

All required fees due to the Office of the United States Trustee under 28 U.S.C. § 1930 have been paid through the third quarter of 2013 and final fees shall be paid no later than December 20, 2013.

Dated: December 13, 2013        By:   *s/ Bonnie Glantz Fatell*
                                            Bonnie Glantz Fatell
                                            Chapter 11 Trustee

---

[2] The distribution percentage is based on the allowed amounts of claims, established either by agreement or via Court order. Any unintended conflict between this summary and the Plan itself should not be construed in any way to modify the terms of the Plan. Percentages and dollars have been rounded to whole numbers.

[3] Distribution made to Lender at Closing. Upon payment of wind down expenses, balance in Trustee accounts will be paid to Lender.

140630.01601/40209711v.2